**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SHARON L. NUSKEY,<br>2900 Connecticut Ave., NW, #126,<br>Washington, DC 20008,<br><br>Plaintiff,<br><br>v.<br><br>JAMES H. LAMBRIGHT,<br>Chairman, Export-Import Bank of the United States,<br>811 Vermont Av., NW,<br>Washington, DC 20571-0002<br><br>Defendant. | Civil Action No.: 06-1573 (PLF) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Alan Burch as counsel for Defendant in the above-captioned case.

ALAN BURCH, D.C. Bar # 470655
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7204
alan.burch@usdoj.gov