IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARON L. NUSKEY,<br>2900 Connecticut Avenue, N.W., #126<br>Washington, D.C. 20008,<br><br>Plaintiff,<br><br>v.<br><br>JAMES H. LAMBRIGHT,<br>Chairman and President<br>Export-Import Bank of the United States<br>811 Vermont Avenue, N.W.<br>Room 1215<br>Washington, D.C. 20571-0002,<br><br>Defendant. | Judge Paul L. Friedman<br><br>Civil Action No: 1:06CV01573<br><br>Dated: November 2, 2006 |

NOTICE OF APPEARANCE

Lisa A. Bernstein, a member in good standing of this Court, hereby enters her appearance as counsel for Plaintiff, Sharon L. Nuskey, in the above captioned matter.

Respectfully submitted,

/s/ Lisa A. Bernstein

Lisa A. Bernstein
D.C. Bar No. 466215
Shaw, Bransford, Veilleux & Roth, P.C.
1100 Connecticut Avenue, N.W., Suite 900
Washington, D.C. 20036
Telephone: (202) 463-8400
Facsimile: (202) 833-8082
lbernstein@shawbransford.com

Counsel for Plaintiff