IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARON L. NUSKEY,<br>2900 Connecticut Avenue, N.W., #126<br>Washington, D.C. 20008,<br><br>Plaintiff,<br><br>v.<br><br>JAMES H. LAMBRIGHT,<br>Chairman and President<br>Export-Import Bank of the United States<br>811 Vermont Avenue, N.W.<br>Room 1215<br>Washington, D.C. 20571-0002,<br><br>Defendant. | Judge Paul L. Friendman<br><br>Civil Action No: 1:06CV01573 |

DECLARATION OF SERVICE OF LISA A. BERNSTEIN

1. I, Lisa A. Bernstein, am an associate attorney employed by the law firm of Shaw, Bransford, Veilleux & Roth, P.C. My business address is 1100 Connecticut Avenue, N.W., Suite 900, Washington, D.C. 20036.

2. I am not a party to the above-captioned matter and am over 18 years old. My date of birth is December 9, 1974 and I am 31 years old.

3. I personally filed a copy of the Complaint and Summons in the above-captioned matter with the civil clerk of the United States District Court for the District of Columbia on Friday, September 8, 2006.

4. I personally served a copy of the Complaint and Summons in the above-captioned matter on Kenneth L. Wainstein, the United States Attorney for the District of Columbia, by hand on Friday, September 8, 2006. Specifically, I served a copy of the Complaint and

Summons in the above-captioned matter to a clerical employee, Ms. Kesha Carroll, in the Civil Division at 501 Third Street, N.W., Fourth Floor, Washington, D.C. 20530. I was informed that Ms. Carroll was designated by the United States Attorney for the District of Columbia to accept service of the Complaint and Summons.

5. On Friday, September 8, 2006, our law firm served by certified mail, return receipt requested, a copy of the Complaint and Summons in this action was served upon Alberto R. Gonzales, Esq., Attorney General of the United States, U.S. Department of Justice, Robert F. Kennedy Building, 950 Pennsylvania Avenue, N.W., Room 5111, Washington, D.C. 20530; and upon Mr. James H. Lambright, Chairman and President, Export-import Bank of the United States, 811 Vermont Avenue, N.W., Room 1215, Washington, D.C. 20571-0002.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this declaration is true and correct.
Executed this 2nd day of November, 2006.

/s/ Lisa A. Bernstein

Lisa A. Bernstein
D.C. Bar No. 466215
Shaw, Bransford, Veilleux & Roth, P.C.
1100 Connecticut Avenue, N.W., Suite 900
Washington, D.C. 20036
Telephone: (202) 463-8400
Facsimile: (202) 833-8082
lbernstein@shawbransford.com

Counsel for Plaintiff