WASHINGTON SQUARE PO
WASHINGTON, District of Columbia
200355303
1050050291 -0095
09/08/2006 (202)842-1211 03:59:51 PM

Sales Receipt

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| WASHINGTON DC 20571 | | | $1.35 |
| First-Class | | | |
| 4.90 oz. | | | |
| Return Rcpt (Green Card) | | | $1.85 |
| Certified | | | $2.40 |
| Label #: 70051160000267092420 | | | |
| Issue PVI: | | | $5.60 |
| WASHINGTON DC 20530 | | | $1.35 |
| First-Class | | | |
| 4.90 oz. | | | |
| Return Rcpt (Green Card) | | | $1.85 |
| Certified | | | $2.40 |
| Label #: 70051160000267092413 | | | |
| Issue PVI: | | | $5.60 |

Total: $11.20

Paid by:
Cash $20.20
Change Due: -$9.00

Bill#: 1000502772303
Clerk: 06

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.
Customer Copy

7005 1160 0002 6709 2413

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE
WASHINGTON DC 20530

| | |
|---|---|
| Postage | $ $1.35 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $5.60 |

0291
Postmark Here
WASHINGTON SQUARE PO 20035-9997 SEP 8 2006 USPS 09/08/2006

Sent To Alberto Gonzales, Attorney General
Street, Apt. No.; or PO Box No. 950 Penn. Ave., NW, Rm 5111
City, State, ZIP+4 Washington, DC 20530

PS Form 3800, June 2002 See Reverse for Instructions

7005 1160 0002 6709 2420

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE
WASHINGTON DC 20571

| | |
|---|---|
| Postage | $ $1.35 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $5.60 |

0291
Postmark Here
WASHINGTON SQUARE PO 20035-9997 SEP 8 2006 USPS 09/08/2006

Sent To James Lambright, Export-Import Bank
Street, Apt. No.; or PO Box No. 811 Vermont Ave., NW, Rm 1215
City, State, ZIP+4 Washington, DC 20571

PS Form 3800, June 2002 See Reverse for Instructions