# DECLARATION OF DEMETRICE BESS

I, Demetrice Bess, make the following declaration:

1. That from August 8, 2004 to September 2, 2006, I was Program Management Assistant, GS-0303-10, assigned to Michael Cushing, Senior Vice-President, Resource Management, Export-Import Bank of the United States ("EXIM Bank").

2. That on June 7, 2006, Mr. Cushing signed, executed and delivered to me a Final Agency Decision ("FAD") addressed to Ms. Sharon Nuskey at 2900 Connecticut Avenue, Apartment 126, Washington, DC 20008.

3. That on June 7, 2006, I completed a Receipt for Certified Mail to send the FAD to Ms. Sharon Nuskey at 2900 Connecticut Avenue, Apartment 126, Washington, DC 20008, via Certified Mail through the United States Postal Service. A copy of the Receipt for Certified Mail is attached hereto as Exhibit A.

4. That the FAD was assigned the Certified Mail serial number of Z 319 717 039.

5. That on June 7, 2006, I mailed the FAD to Ms. Sharon Nuskey at 2900 Connecticut Avenue, Apartment 126, Washington, DC 20008, via Certified Mail through the United States Postal Service. A copy of the FAD is attached hereto as Exhibit B.

6. That the United States Postal Service's Track & Confirm service at www.usps.gov states that Certified Mail serial number of Z 319 717 039 was delivered to Ms. Nuskey's address at 4:05 PM on June 09, 2006. A copy of the United States Postal Service's Track & Confirm report is attached hereto as Exhibit C.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 6, 2006.

Demetrice Bess

DEMETRICE BESS