Z 319 717 039

US Postal Service

**Receipt for Certified Mail**

No Insurance Coverage Provided.

Do not use for International Mail *(See reverse)*

| | |
|---|---|
| Sent to: SHARON NUSKEY | |
| Street & Number: 2900 Connecticut AVE, APT 126 | |
| Post Office, State, & ZIP Code: WASHINGTON, DC 20008 | |
| Postage | $ 1.11 |
| Certified Fee | 2.40 |
| Special Delivery Fee | |
| Restricted Delivery Fee | |
| Return Receipt Showing to Whom, & Date Delivered | 85 |
| Return Receipt Showing to Whom, Date, & Addressee's Address | |
| TOTAL Postage & Fees | $ 5.36 |
| Postmark or Date | |

PS Form 3800, April 1995

RECEIVED
JUN 07 2006
Export-Import Bank

Stick postage stamps to article to cover First-Class postage, certified mail fee, and charges for any selected optional services *(See front)*.

1. If you want this receipt postmarked, stick the gummed stub to the right of the return address leaving the receipt attached, and present the article at a post office service window or hand it to your rural carrier *(no extra charge)*.

2. If you do not want this receipt postmarked, stick the gummed stub to the right of the return address of the article, date, detach, and retain the receipt, and mail the article.

3. If you want a return receipt, write the certified mail number and your name and address on a return receipt card, Form 3811, and attach it to the front of the article by means of the gummed ends if space permits. Otherwise, affix to back of article. Endorse front of article **RETURN RECEIPT REQUESTED** adjacent to the number.

4. If you want delivery restricted to the addressee, or to an authorized agent of the addressee, endorse **RESTRICTED DELIVERY** on the front of the article.

5. Enter fees for the services requested in the appropriate spaces on the front of this receipt. If return receipt is requested, check the applicable blocks in item 1 of Form 3811.

6. Save this receipt and present it if you make an inquiry.

PS Form 3800, April 1995 *(Reverse)*