UNITED STATES POSTAL SERVICE

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **Z319 7170 39**
Detailed Results:

- **Delivered, June 09, 2006, 4:05 pm, WASHINGTON, DC 20008**
- **Arrival at Unit, June 09, 2006, 10:13 am, WASHINGTON, DC 20008**

< Back

Return to USPS.com Home >

Track & Confirm

Enter Label/Receipt Number.

POSTAL INSPECTORS
Preserving the Trust

site map contact us government services jobs National & Premier Accounts

Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use Privacy Policy