IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHARON L. NUSKEY,<br>2900 Connecticut Avenue, N.W., #126<br>Washington, D.C. 20008,<br><br>Plaintiff,<br><br>v.<br><br>JAMES H. LAMBRIGHT,<br>Chairman and President<br>Export-Import Bank of the United States<br>811 Vermont Avenue, N.W.<br>Room 1215<br>Washington, D.C. 20571-0002,<br><br>Defendant. | ) | Civil Action No: 1:06CV01573 |

ORDER

Upon consideration of Defendant's Motion for Summary Judgment and Supporting Memorandum and Plaintiff's Memorandum of Points and Authorities in Opposition to the Motion for Summary Judgment and Supporting Memorandum, it is hereby ORDERED the Defendant's Motion is DENIED.

____________________ __________________________________
Date Paul L. Friedman, Judge

cc: Diana J. Veilleux, Esq.
Lisa A. Bernstein, Esq.
Shaw, Bransford, Veilleux & Roth, P.C.
1100 Connecticut Avenue, N.W., Ste 900
Washington, D.C. 20036

Jeffrey A. Taylor, U.S. Attorney
Rudolph Contreas, Asst. U.S. Attorney
Alan Burch, Asst. U.S. Attorney
555 4th Street, N.W.
Washington, D.C. 20530