IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHARON L. NUSKEY,
2900 Connecticut Avenue, N.W., #126
Washington, D.C. 20008,

Plaintiff,

v.

JAMES H. LAMBRIGHT,
Chairman and President
Export-Import Bank of the United States
811 Vermont Avenue, N.W.
Room 1215
Washington, D.C. 20571-0002,

Defendant.

Civil Action No: 1:06CV01573

Judge Paul L. Friedman

Dated: November 15, 2006

EXHIBIT LIST

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 1 | A copy of the front of the original envelope mailed to Plaintiff enclosing the Final Agency Decision, which is postmarked on Wednesday, June 7, 2006. |
| 2 | A copy of the back of the envelope enclosing the FAD, which shows that "Return Receipt for Merchandise" was selected by the agency. |
| 3 | Declaration of Sharon L. Nuskey. |
| 4 | A copy of the a copy of the cashed check for Plaintiff's out of state hotel stay ("Driftwood on the Ocean") in New York from Friday, June 9, 2006 to Sunday, June 11, 2006. |
| 5 | Declaration of Lisa A. Bernstein. |
| 6 | A copy of PS Form 3849, U.S. Postal Service Delivery Notice/Reminder/ Receipt for certified or other mail. |