EXPORT-IMPORT BANK OF THE UNITED STATES
WASHINGTON, DC 20571

OFFICIAL BUSINESS

CERTIFIED

Z 319 717 039

MAIL

UNITED STATES POSTAGE
PITNEY BOWES
$ 05.36⁰
JUN 07 2006
MAILED FROM ZIPCODE 20500

Ms. Sharon Nuskey
2900 Connecticut Avenue, Apt. 126
Washington, DC 20008

EXHIBIT
1

tabbles