Bank of America

Capture Date: 20060517 Sequence #: 4010244316

*053000206*
05/17/2006
6530672263

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

C021406667< 05/16/2006
0000100008014054

SHARON L. NUSKEY 07-04
2900 CONNECTICUT AVE. N.W. APT. 126
WASHINGTON, DC 20008-1404

2870

Date May 9, 2006 15-120/540 DC 8006

Pay to the order of Driftwood on the Ocean $216.56

Two hundred sixteen dollars 56/100 Dollars

Bank of America

ACH R/T 054001204

For June 9th + 10th

Sharon Nuskey

⑆054001204⑆ 001924594329⑈ 2870

⑆054001204⑆ 001924594329⑈ 2870 ⑈0000021656⑈

>021406667< 0000100008014054 05/16/2006

014456 01 01 07A000451A
BRIDGEHAMPTON, NY
051606 >021406667<

For Deposit Only
Dune Management Co Inc
Driftwood
Deposit Account
7000004518

021305001 05/17/2006
645707553 6
*053000206* 05/17/2006
6530672263

↓Do not endorse or write below this line.↓

BANK OF AMERICA, NA BAL
056697387 E5682 01 P01
05/17/06
ENT=1359 TRC=2848 PK=06

4010244316

No Electronic Endorsements Found
No Payee Endorsements Found

EXHIBIT
4

 Print Req.#20061108001131 Wed Nov 08 21:41:04 CST 2006