IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARON L. NUSKEY,<br>2900 Connecticut Avenue, N.W., #126<br>Washington, D.C. 20008,<br><br>Plaintiff,<br><br>v.<br><br>JAMES H. LAMBRIGHT,<br>Chairman and President<br>Export-Import Bank of the United States<br>811 Vermont Avenue, N.W.<br>Room 1215<br>Washington, D.C. 20571-0002,<br><br>Defendant. | Civil Action No: 1:06CV01573<br><br>Judge Paul L. Friedman |

DECLARATION OF LISA A. BERNSTEIN

I, Lisa A. Bernstein, declare as follows:

1. I am one of the attorneys representing Plaintiff, Sharon L. Nuskey, in her EEO complaint against the Export-Import Bank of the United States.

2. On the evening of Monday, June 12, 2006, Ms. Nuskey called and left a voice mail message for me at my office stating that she received the agency's envelope with the final agency decision ("FAD") that same evening. I retrieved this voice mail message on the following day and called and spoke with Ms. Nuskey to confirm this information. She again advised me that she had received the FAD on Monday, June 12, 2006.

EXHIBIT
5

3. Because my law firm had not received a copy of the FAD from the agency, I contacted the agency's EEO office and requested that a copy of the FAD be sent to me, which was accomplished by facsimile on Wednesday, June 20, 2006.

4. Based on 42 U.S.C. § 2000e-16(c)(1), 29 C.F.R. § 1614.407(a), and the date of Ms. Nuskey's receipt of the FAD on Monday, June 12, 2006, I calculated the 90th calendar day to file her civil complaint to be on September 10, 2006. Since that day was a Sunday, the deadline to file the civil Complaint was on the following business day, Monday, September 11, 2006.

5. Neither myself or Diana J. Veilleux, the other attorney representing Ms. Nuskey in this matter, were aware of any issue regarding when Ms. Nuskey received the FAD or the timeliness of the filing of Ms. Nuskey's civil complaint until after we received and reviewed the agency's Motion for Summary Judgment on Monday, November 6, 2006. We were not aware that Ms. Nuskey had not signed and returned the "green card" showing when she received the FAD until November 7, 2006, when she came to our office and gave me the original envelope that had contained the FAD with the "green card" still attached to it. At all pertinent times, it has been the intent of our firm to abide by the applicable law and to timely file Ms. Nuskey's civil complaint in federal district court.

6. Ms. Nuskey at all times has diligently acted on issues relating to her EEO complaint. Ms. Nuskey has been conscientious of all of the prior deadlines during the administrative processing of her EEO complaint and has met each deadline imposed by the agency. The agency did not raise any objections as to timeliness during that stage of the

proceedings. Ms. Nuskey also fully cooperated during the during the administrative processing and completed all requirements that were imposed on her by the agency in a timely manner. After Ms. Nuskey received the FAD and before we prepared and filed her civil Complaint, we actively pursued her EEO complaint when we attempted for a second time to negotiate settlement with the agency prior to preparing and filing the civil Complaint.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and recollection.

Executed on: 11/15/06
Date

By: [signature]
Lisa A. Bernstein