United States Postal Service

**Sorry We Missed You! We Re Deliver for You**

Today's Date

Sender's Name

Item is at:
___ Post Office *(See back)*
___

Available for Pick-up After

Date: | Time:

**We will redeliver or you or your agent can pick up. See reverse.**

☐ **If checked, you or your agent must be present at time of delivery to sign for item**

___ Letter
___ Large envelope, magazine, catalog, etc.
___ Parcel
___ Restricted Delivery
___ Perishable Item
___ Other:

**For Delivery:** *(Enter total number of items delivered by service type)*
**For Notice Left:** *(Check applicable item)*

___ Express Mail *(We will attempt to deliver on the next delivery day unless you instruct the post office to hold it.)*
___ Certified
___ Recorded Delivery
___ Firm Bill
___ Registered
___ Insured
___ Return Receipt for Merchandise
___ Delivery Confirmation
___ Signature Confirmation

**Article Number(s)**

**Notice Left Section**

Customer Name and Address

Article Requiring Payment
☐ Postage Due ☐ COD ☐ Customs

Amount Due
$

☐ **Final Notice:** Article will be returned to sender on

Delivered By and Date

PS Form **3849,** November 1999 — **Delivery Notice/Reminder/Receipt**

We will redeliver OR you or your agent can pick up your mail at the post office. *(Bring this form and proper ID. If your agent will pick up, sign below in item 2, and enter agent's name here):*

1. *a. Check all that apply in section 3;*
*b. Sign in section 2 below;*
*c. Leave this notice where the carrier can see it.*

2. Sign Here *to Authorize Redelivery or to Authorize an Agent to Sign for You:*

3.☐ Redeliver *(Enter day of week.):*

(Allow at least two delivery days for redelivery, or call your post office to arrange delivery.)

☐ Leave item at my address

(Specify where to leave. Example: "porch", "side door". **This option is not available if box is checked on the front requiring your signature at time of delivery.)**

☐ Refused ☐ Forward ☐ Return

**Delivery Section**

| | |
|---|---|
| Signature X | |
| Printed Name | |
| Delivery Address | |

**USPS**

5293 0167 7868 2303

PS Form **3849,** November 1999 *(Reverse)*

EXHIBIT
tabbles
6