UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHARON L. NUSKEY, Plaintiff, | ) | Civil Action No.: 06-1573 (PLF) |
| v. | ) | |
| JAMES H. LAMBRIGHT, Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION TO ENLARGE TIME FOR RULE 26(f) CONFERENCE**

Defendant, James H. Lambright, Director, United States Export-Import Bank (the "Bank"), respectfully requests an enlargement of time for the parties to hold their Rule 26(f) conference in this employment discrimination case. Currently before the Court is Defendant's fully briefed motion for summary judgment, in which the Bank seeks dismissal on the basis of statute of limitations. Docket entry no. [9]. Defendant now requests postponement of the deadline for the Rule 26(f) conference until 30 days after resolution of the dispositive motion, or such other time as the Court may set (provided that the conference is still necessary).

Counsel for Plaintiff recently contacted undersigned counsel to inquire about the Rule 26(f) conference, explaining that the deadline is approaching. See Fed. R. Civ. Pro. 26(f) and 16(b). Defendant submits that it makes more sense to wait until resolution of the dispositive motion, because it will either eliminate the need for the conference or narrow the issues before the Court, and convening the conference will be equally convenient after the dispositive motion is decided. Counsel for Plaintiff has no objection to this motion. A proposed order is attached.

January 18, 2007

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/
ALAN BURCH, D.C. Bar # 470655
Assistant United States Attorney
555 4th St., N.W., Washington, D.C. 20530
(202) 514-7204, alan.burch@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARON L. NUSKEY,<br>Plaintiff,<br>v.<br>JAMES H. LAMBRIGHT,<br>Defendant. | Civil Action No.: 06-1573 (PLF) |

**ORDER**

UPON CONSIDERATION of Defendant's Unopposed Motion to Enlarge Time for Rule 26(f) Conference, and the entire record herein, it is hereby

ORDERED that the motion is GRANTED, and it is

FURTHER ORDERED that the parties' deadline for their Rule 26(f) conference shall be set by further order of the Court, if necessary, after resolution of Defendant's currently pending dispositive motion, no. [9].

SO ORDERED, this ____________ day of _________________, 2007.

PAUL L. FRIEDMAN
United States District Judge