UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARON L. NUSKEY,<br><br>Plaintiff,<br><br>v.<br><br>JAMES H. LAMBRIGHT,<br><br>Defendant. | Civil Action No.: 06-1573 (PLF) |

**FINAL JUDGMENT**

UPON CONSIDERATION of Defendant's Motion to Revise Decision, any opposition thereto, and the entire record herein, it is hereby

ORDERED that the motion is GRANTED, and it is

FURTHER ORDERED that Plaintiff's complaint is dismissed as untimely.

This is a final and appealable order.

So ordered this _______________ day of ___________________________, 2007

___________________________________
PAUL L. FRIEDMAN
United States District Judge