IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARON L. NUSKEY,<br><br>Plaintiff,<br><br>v.<br><br>JAMES H. LAMBRIGHT,<br>CHAIRMAN AND PRESIDENT,<br>EXPORT-IMPORT BANK OF<br>THE UNITED STATES,<br><br>Defendant. | Civil Action No: 1:06CV01573 |

ORDER

Upon consideration of Defendant's Motion to Revise the Decision Denying its Motion for Summary Judgment and Supporting Memorandum, it is hereby ORDERED the Defendant's Motion is DENIED.

______________________
Date

______________________
Paul L. Friedman, Judge

cc: Diana J. Veilleux, Esq.
Lisa A. Bernstein, Esq.
Shaw, Bransford, Veilleux & Roth, P.C.
1100 Connecticut Avenue, N.W., Ste 900
Washington, D.C. 20036

Jeffrey A. Taylor, U.S. Attorney
Rudolph Contreas, Asst. U.S. Attorney
Alan Burch, Asst. U.S. Attorney
555 4th Street, N.W.
Washington, D.C. 20530