UNITED STATES POSTAL SERVICE®

HOME | HELP | SIGN IN

Find a ZIP Code Calculate Postage Print a Shipping Label Schedule a Pickup Locate a Postal Office Track & Confirm

BUSINESS » HOUSEHOLD » BUY STAMPS & SHOP » ALL PRODUCTS & SERVICES » ABOUT USPS & NEWS »

Search Search >

Home > Terms of Use

# Terms of Use

Any person accessing this site agrees to the following:

Material on this site is the copyrighted property of the United States Postal Service® (Postal Service™). All rights reserved. The information and images presented here may not under any circumstances be reproduced or used without prior written permission. Users may view and download material from this site only for the following purposes: (a) for personal, non-commercial home use; (b) where the materials clearly state that these materials may be copied and reproduced according to the terms stated in those particular pages; or (c) with the express written permission of the Postal Service. In all other cases, you will need written permission from the Postal Service to reproduce, republish, upload, post, transmit, distribute or publicly display material from this Web site. Users agree not to use the site for sale, trade or other commercial purposes. Users may not use language that is threatening, abusive, vulgar, discourteous or criminal. Users also may not post or transmit information or materials that would violate rights of any third party or which contains a virus or other harmful component. The Postal Service reserves the right to remove or edit any messages or material submitted by users.

The Postal Service is not responsible for material submitted to the Postal Service or posted in chatrooms or on bulletin boards by site users. By communicating with the Postal Service, however, users grant the Postal Service permission to use any information, suggestions, ideas, drawings or concepts communicated for any purpose the Postal Service chooses, commercial, public or otherwise, without compensation whatsoever.

THE MATERIALS IN THIS SITE ARE PROVIDED "AS IS" AND WITHOUT WARRANTIES OF ANY KIND EITHER EXPRESS OR IMPLIED. TO THE FULLEST EXTENT PERMISSIBLE PURSUANT TO APPLICABLE LAW, THE POSTAL SERVICE DISCLAIMS ALL WARRANTIES , EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. THE POSTAL SERVICE DOES NOT WARRANT OR REPRESENT THAT THE INFORMATION IS ACCURATE OR RELIABLE OR THAT THE SITE WILL BE FREE OF ERRORS OR VIRUSES.

Under no circumstances, including but not limited to negligence, will the Postal Service be liable for special or consequential damages that result from the use or inability to use the materials in this site. In no event shall the Postal Service's liability to a user for any loss, damage or claim exceed the amount paid by the user for accessing this site.

The Postal Service offers links to, and listings of, various third-party Web sites for the convenience of its customers, and, unless otherwise expressly indicated, no affiliation between the Postal Service and an entity linked to or listed is intended. Except where indicated, the Postal Service does not endorse any company or product not offered by the Postal Service including the advertisers on linked Web sites or on the web sites of listed entites. When linking to such third-party sites, the Postal Service follows Web-linking and exit page guidelines as set forth in USPS Management Instruction AS-885. The Postal Service does not monitor sites linked to and the use of any such link is strictly at the user's own risk. In no event shall the Postal Service be liable for special or consequential damages that result from activity occurring on non-Postal Service Web sites when a user links to such site from USPS.com.

This agreement is effective until terminated by either party. You may terminate this agreement at any time by discontinuing your use of the Postal Service site and destroying all materials obtained from it.

Note: United States Postal Service®, Postal Service™, Post Office™, StampsOnline™, Express

Mail®, Priority Mail®, Delivery Confirmation™, First-Class Mail®, Global Priority Mail®, Parcel Post®, Global Express Guaranteed™, ZIP Code™, the Eagle Logo and Fly Like An Eagle® are trademarks of the United States Postal Service. This list is not intended to be exhaustive. For a more complete listing of many USPS® trademarks, visit the U.S. Patent and Trademark Office Web site at the link below.

**Related Links**

- U.S. Patent and Trademark Office

Site Map | Contact Us | Forms | Gov't Services | Jobs | Privacy Policy | Terms of Use | National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved. No FEAR Act EEO Data FOIA