United States District Court
Eastern District of Michigan

- Return to Home Page
- General Information
- Case Information
- Electronic Case Filing
- Juror Information
- Local Rules/Practices
- Forms
- How Do I...
- Related Sites

# Electronic Case Filing (CM/ECF)

ECF

Electronic Case Files Log-in <*** Full Access is Available ***>

**General Information**

CM/ECF Brochure (PDF)

Attorney's Perspective Video

Frequently Asked Questions

CM/ECF Help Desk

Privacy Protection for Civil Filings Made with the Court

Privacy Protection for Criminal Filings Made with the Court

Judges' Courtesy Copy Policy <Approved 1/8/2007>

Server Messages/Downtimes

**Registration/Training**

Signup for ECF Login/Password

ECF Training

PACER Registration/Service Center

**Tutorials**

Exhibit Tutorial

Proposed Orders Tutorial

**Newsletter / Updates**

March 2007 PDF
October 2006 PDF
June 2006 PDF
December 2005 PDF | SWF
September 2005 PDF
E-filing a Notice of Appeal Instructions(New)
CM/ECF Release 3.0 (New)
CM/ECF Release 3.0 Consolidated Cases (New)

**Manuals**

Policies and Procedures (PDF) <Posted On: 02/15/2007>

Notice of Changes to ECF Policies and Procedures <Posted On: 02/21/2007>

Filing User's Manual (PDF) <Posted On: 08/30/2006>

**Forms**

Notice of Change of Electronic Filing Registration Information

PDF Fillable | Non-Fillable

General Info | Case Info | Juror Info | Local Rules & Practices | Forms | How Do I | Telephone Directory | Locations | Opinions
Judges | Related Sites | Dow Litigation | Historical Society | Media Info | Contact Us | Site Map | Terms of Use | Home

Please submit suggestions or comments regarding this Web site to the Webmaster.

# Eastern District of Michigan CM/ECF E-News

*Volume V, Page 1*


**In this issue:**

USPS Track and Confirm Notices | Adobe Acrobat 8.0 | Attorney E-Filing Terminal Now Available | Reminders | Selecting the Appropriate Category
Viewing Documents in Social Security Appeal Cases | On-Line Training Always Available | Signatures | Appearances for Multiple Attorneys

## USPS "Track and Confirm" Notices

U.S. Postal Service Track and Confirm Notices (shown right) do not show proper service of a summons and complaint. Therefore, when filing a Certificate of Service/Summons Returned Executed, the green return receipt card must be scanned and made a part of the filing.






## Adobe Acrobat 8.0

Adobe Acrobat has announced the release of its newest version of PDF conversion software. The Court does not require filing users to upgrade to the newest version. However, if you'd like more information, click on one of the links below:

Law.Com—Adobe Acrobat Updates Likely to Lure Lawyers

The Technolawyer Community—Adobe Acrobat 8: Does it Address the Needs of Lawyers?

InfoTrends—Adobe Introduces Acrobat 8 Software

## Attorney E-filing Terminal Now Available in the Detroit Courthouse

The Clerk's Office in Detroit now has a computer terminal located next to the Public Services counter for use by filing users. However, documents must first be converted to PDF, saved to a removal storage device such as a floppy disk, CD, or flash drive and presented to Clerk's Office staff at the Public Services counter. Court staff will load the prepared documents to a folder accessible from the terminal. The filing user will then logon to the computer terminal to e-file the documents. Please note that Court staff will not convert documents to PDF nor will they scan paper documents for you.



# Eastern District of Michigan CM/ECF E-News

*Volume V, Page 2*

**In this issue:**

USPS Track and Confirm Notices | Adobe Acrobat 8.0 | Attorney E-Filing Terminal Now Available | Reminders | Selecting the Appropriate Category
Viewing Documents in Social Security Appeal Cases | On-Line Training Always Available | Signatures | Appearances for Multiple Attorneys




## Filing User's Manual Updated

Don't forget to check the website for the most current version of the Filing User's Manual. Failure to follow the most current procedures may result in receiving a data quality Rule Violation e-mail.

## Moving?

Are you moving to a new location? Has your e-mail address changed? R3 of the Electronic Filing Policies and Procedures, requires that you notify the Court of ANY change in your contact information by e-filing a Notice of Change of Attorney Information in all of your open cases. The Court offers a PDF fillable version of this form on its website. If the only change to your account is the secondary e-mail address, you may e-mail attyhelp@mied.uscourts.gov to request an update to your SECONDARY e-mail address.




## What Category do I File my Document In?

Are you ever unsure of which category/event to select when filing a document? Incorporated within CM/ECF are two event lists for easy reference. To access the event lists follow these steps after logging into the system and selecting either Civil or Criminal from the Menu bar:

Step 1. Click on **ECF EVENT LISTS** in either the Civil or Criminal Events Menu.




Step 2. Select either Civil List or Criminal List.




Step 3. Once the list opens, click on the **Search** button to search the list using descriptive key-words.




Step 4. Enter your search criteria (e.g. "Response" or "Witness List") and click Search.

# Eastern District of Michigan CM/ECF E-News

*Volume V, Page 3*


**In this issue:**

USPS Track and Confirm Notices | Adobe Acrobat 8.0 | Attorney E-Filing Terminal Now Available | Reminders | Selecting the Appropriate Category
Viewing Documents in Social Security Appeal Cases | On-Line Training Always Available | Signatures | Appearances for Multiple Attorneys

## What Category do I File my Document in? (Continued)

Step 5. Click on an instance of the word or phrase in the **Results window**. This will highlight the corresponding **result** in the document on the left. When the appropriate event has been located, note the **category** that it falls under.




Step 6. Close the Event List by clicking the upper right hand corner **[X]**.

Step 7. Locate the appropriate **category** in the Civil or Criminal Events menus.






# Eastern District of Michigan CM/ECF E-News

*Volume V, Page 4*

**In this issue:**

USPS Track and Confirm Notices | Adobe Acrobat 8.0 | Attorney E-Filing Terminal Now Available | Reminders | Selecting the Appropriate Category
Viewing Documents in Social Security Appeal Cases | On-Line Training Always Available | Signatures | Appearances for Multiple Attorneys



## Viewing documents in Social Security Appeal cases

CM/ECF does not allow remote public access to documents in social security appeal cases. If you are the attorney of record in a social security case, you must log into CM/ECF with your unique court e-filing login. After you have logged in, select Reports and then click on Docket Report, you will be prompted for a second login and password. Enter your PACER login and password. This will allow you, as the attorney of record, to view the restricted documents.



## Signatures

All e-filed documents must comply with R9 of the Electronic Filing Policies and Procedures which states that signatures of attorneys can be represented as:

**s/Attorney Name**
**Firm Name**
**Address**
**Phone Number**
**Email Address**
**Bar Number**

Signature blocks must appear below signature and must contain this information.

Furthermore, documents that are signed by non-attorneys must be scanned.

## On-Line Training Always Available



On-Line Training can be accessed multiple times. If an employee in your office needs a refresher course or is a new hire, access the On-Line Training site with a current e-filing attorney's information. The training is broken into six modules. Select only the sections you wish to review.



## Appearances for Multiple Attorneys

All attorneys appearing in a case MUST have their own logins and passwords and must file individual appearances even if the attorneys are from the same firm. Because e-filing is mandatory, every attorney practicing in the Eastern District of Michigan must have a login and password.



For comments or suggestions on this or future Newsletters contact: attyhelp@mied.uscourts.gov