UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARON L. NUSKEY,<br><br>Plaintiff,<br><br>v.<br><br>JAMES H. LAMBRIGHT,<br><br>Defendant. | Civil Action No.: 06-1573 (PLF) |

**JOINT MOTION TO EXTEND DISCOVERY**

Plaintiff, Sharon L. Nuskey, and Defendant, James H. Lambright, respectfully request an extension of all discovery deadlines in this case, as well as the post-discovery briefing schedule for motions for summary judgment. This case involves Plaintiff's claims of employment discrimination under Title VII. The parties are currently engaged in discovery, but have come across three primary disputes that, in part, have slowed the process down. The parties will need to address these issues separately with the Judge. As a result, the parties anticipate that the current deadline for the close of discovery in this case, Tuesday, November 6, 2007, is no longer feasible. In addition, counsel for Defendant is in the midst of a four-week span with five appellate arguments before this Circuit and the Ninth Circuit, and has had limited time to devote to this case.

For those reasons, the parties agree on the following revised schedule for this case:

- Plaintiff's Expert Witness report by Friday, November 16, 2007;
- Defendant's Expert Witness report by Friday, December 14, 2007;
- Close of Discovery Friday, December 21, 2007;

- Motions for Summary Judgment by Monday, January 28, 2008;
- Oppositions by Thursday, February 28, 2008; and
- Replies by Friday, March 27, 2008.

This is the first motion to extend discovery in this case.

October 15, 2007 Respectfully submitted,

/s/
Diana J. Veilleux, Esq.
Lisa A. Bernstein, Esq
Shaw, Bransford, Veilleux & Roth, P.C.
1100 Connecticut Avenue, N.W., Ste 900
Washington, D.C. 20036

Counsel for Plaintiff

JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
ALAN BURCH, D.C. Bar # 470655
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7204
alan.burch@usdoj.gov

Counsel for Defendant