**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| SHARON L. NUSKEY, | ) | |
| Plaintiff, | ) | Civil Action No.: 06-1573 (PLF) |
| v. | ) | |
| JAMES H. LAMBRIGHT, | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of the parties' Joint Motion to Extend Discovery, it is hereby ORDERED that the Motion is granted and that the following are the new deadlines in the above-captioned matter:

1. Plaintiff's Expert Witness report by Friday, November 16, 2007;
2. Defendant's Expert Witness report by Friday, December 14, 2007;
3. Close of Discovery Friday, December 21, 2007;
4. Motions for Summary Judgment by Monday, January 28, 2008;
5. Oppositions by Thursday, February 28, 2008; and
6. Replies by Friday, March 27, 2008.

____________________
Date

________________________________
Paul L. Friedman, Judge

cc:

Diana J. Veilleux, Esq.
Lisa A. Bernstein, Esq.
Shaw, Bransford, Veilleux & Roth, P.C.
1100 Connecticut Avenue, N.W., Ste 900
Washington, D.C. 20036

Jeffrey A. Taylor, U.S. Attorney
Rudolph Contreas, Asst. U.S. Attorney
Alan Burch, Asst. U.S. Attorney
555 4th Street, N.W.
Washington, D.C. 20530