UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARON L. NUSKEY,<br><br>Plaintiff,<br><br>v.<br><br>JAMES H. LAMBRIGHT,<br>Chairman, Export-Import Bank of the United States,<br><br>Defendant. | Civil Action No. 06-1573 (PLF) |

REFERRAL ORDER

On October 15, 2007, the parties called Chambers and reported that they were having some disagreements concerning discovery. It is hereby

ORDERED that this case is referred to Magistrate Judge John M. Facciola for the management of all discovery in this case. Therefore, on any filing related to discovery the parties shall place the initials of Judge Paul L. Friedman and the initials of the magistrate judge following the case number in the caption. On any other filings in this case, the parties shall place only the initials of Judge Paul L. Friedman after the case number.

SO ORDERED.

________/s/________________________
PAUL L. FRIEDMAN
United States District Judge

DATE: October 16, 2007