UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHARON L. NUSKEY,

Plaintiff,

v.

JAMES H. LAMBRIGHT,

Defendant.

Civil Action No.: 06-1573 (PLF) (JMF)

**JOINT MOTION TO EXTEND DISCOVERY**

Plaintiff, Sharon L. Nuskey, and Defendant, James H. Lambright, respectfully request an extension of all discovery deadlines in this case, as well as the post-discovery briefing schedule for motions for summary judgment. This case involves Plaintiff's claims of employment discrimination under Title VII of the Civil Rights Act of 1964, as amended. The parties are currently engaged in discovery, but have come across a number of disputes as they pertain to the written discovery and other related matters. These outstanding disputes have slowed the process down because the parties believe the issues should first be resolved prior to taking the particular depositions sought in this case by their respective counsel. The parties have previously alerted the Court of the need to address some of the issues by telephone, and are awaiting to receive a response from the Magistrate Judge. Additionally, if the parties ultimately cannot resolve these outstanding disputes, Plaintiff intends to prepare and file a Motion to Compel with the Court.

As a result, the parties anticipate that the current deadline for the close of discovery in this case, Friday, December 21, 2007, is no longer feasible. In addition, counsel for Defendant will be out of the office for a week and a half around the year-end holidays, and thereafter has an

appellate argument before the D.C. Circuit on January 10, 2008, and a four-day trial in another case set to begin January 14, 2008.

The parties have, through counsel, agreed on a number of other issues and have been communicating with one another on an ongoing basis about their disputed issues. For those reasons, the parties further agree on the following revised schedule for this case:

- Plaintiff's Expert Witness reports bu Thursday, February 14, 2008;
- Rebuttal Defendant's Expert Witness reports by Thursday, March 13, 2008;
- Close of Discovery on Friday, March 21, 2008
- Motions for Summary Judgment by Thursday, May 1, 2008;
- Oppositions by Monday, June 2, 2008; and
- Replies by Wednesday, July 2, 2008.

This is the second motion to extend discovery in this case.

December 12, 2007

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/
ALAN BURCH, D.C. Bar # 470655
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7204
alan.burch@usdoj.gov

Counsel for Defendant

/s/
Diana J. Veilleux, Esq.
D.C. Bar #418292
dveilleux@shawbransford.com
Lisa A. Bernstein, Esq.
D.C. Bar # 466125
lbernstein@shawbransford.com
Shaw, Bransford, Veilleux & Roth, P.C.
1100 Connecticut Avenue, N.W., Ste. 900
Washington, D.C. 20036
(202) 463-8400

Counsel for Plaintiff