UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHARON L. NUSKEY, | ) | |
| Plaintiff, | ) | Civil Action No.: 06-1573 (PLF) (JMF) |
| v. | ) | |
| JAMES H. LAMBRIGHT, | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of the parties' Joint Motion to Extend Discovery, it is hereby ORDERED that the Motion is granted and that the following are the new deadlines in the above-captioned matter:

1. Plaintiff's Expert Witness report by Thursday, February 14, 2008;
2. Defendant's Expert Witness report by Thursday, March 13, 2008;
3. Close of Discovery by Friday, March 21, 2008
4. Motions for Summary Judgment by Thursday, May 1, 2008;
5. Oppositions by Monday, June 2, 2008; and
6. Replies by Wednesday, July 2, 2008.

____________________
Date

___________________________________
John M. Facciola, Magistrate Judge

cc: Diana J. Veilleux, Esq.
Lisa A. Bernstein, Esq.
Shaw, Bransford, Veilleux & Roth, P.C.
1100 Connecticut Avenue, N.W., Ste. 900
Washington, D.C. 20036

Jeffrey A. Taylor, U.S. Attorney
Rudolph Contreas, Asst. U.S. Attorney
Alan Burch, Asst. U.S. Attorney
555 4th Street, N.W.
Washington, D.C. 20530