UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHARON L. NUSKEY, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No: 1:06CV01573 (PLF)/(JMF) |
| JAMES H. LAMBRIGHT, Chairman and President, Export-Import Bank of the United States, | ) | Dated: January 22, 2008 |
| Defendant. | ) | |

NOTICE OF APPEARANCE

Ralph C. Conte, a member in good standing of this Court, hereby enters his appearance as co-counsel with Lisa A. Bernstein, for Plaintiff, Sharon L. Nuskey, in the above captioned matter.

Respectfully submitted,

/s/ Ralph C. Conte

Ralph C. Conte
D.C. Bar No. 447022
Shaw, Bransford, Veilleux & Roth, P.C.
1100 Connecticut Avenue, N.W., Suite 900
Washington, D.C. 20036
Telephone: (202) 463-8400
Facsimile: (202) 833-8082
rconte@shawbransford.com

Counsel for Plaintiff