Curriculum Vitae

**CAROLE T. GIUNTA, Ph.D.**
1430 Highland Drive
Silver Spring, MD 20910
Phone (301) 565-0093
Fax (301) 565-3754

## EDUCATION

| | |
|---|---|
| Ph.D.<br>June 1992 | Clinical Psychology (APA approved)<br>University of Vermont<br>Burlington, VT |
| B.S.<br>Aug 1984 | Psychology, with Distinction<br>University of Washington<br>Seattle, WA |

## CLINICAL EXPERIENCE

| | |
|---|---|
| Dec, 1994<br>to<br>present | Private Practice<br>Silver Spring, MD<br><br>Forensic evaluation and consultation in criminal and civil cases; competency, responsibility, aid in sentencing, employment discrimination, PTSD. Expert witness testimony. Independent medical evaluations. Neuropsychological, educational and personality assessment. |
| Oct, 1992<br>to<br>July,1999 | Private Practice<br>in association with Christine Courtois, Ph.D.<br>Washington, DC<br><br>Individual & group psychotherapy, specializing in the treatment of trauma, abuse and loss. |
| Oct, 1994<br>to<br>Oct, 1996 | Consulting Psychologist<br>Gerontology Services<br>Silver Spring, MD<br><br>Neuropsychological assessment with geriatric patients; staff consultation at the Hebrew Home of Greater Washington. |

| | |
|---|---|
| Aug, 1992<br>to<br>Dec, 1994 | Clinical Psychologist<br>Forensic Inpatient Services<br>St. Elizabeths Hospital<br><br>Forensic examinations; court testimony and consultation. Neuropsychological and personality assessment. Supervision of interns in assessment, forensics and geriatrics. Individual and group therapy. |
| July, 1991<br>to<br>July, 1992 | Psychology Intern (APA Approved)<br>Veterans Affairs Medical Center<br>San Francisco, CA<br><br>Inpatient & outpatient treatment of combat-related PTSD, substance abuse, mood and adjustment disorders. Neuropsychological and personality assessment. |
| Sept, 1990<br>to<br>July, 1991 | Psychology Fellow<br>Behavior Therapy and Psychotherapy Center<br>University of Vermont<br><br>Individual and group therapy with sexual abuse and trauma survivors. Evaluation and treatment of sex offenders; forensic consultation. Treatment of anxiety, mood and adjustment disorders, bulimia, stress-related disorders. |
| Sept, 1989<br>to<br>Sept, 1990 | Medical Psychology Fellow<br>Medical Center Hospital of Vermont<br>Burlington, VT<br><br>Neuropsychological, intellectual and personality assessment with adult psychiatric inpatients and acute trauma patients. Staff consultation. Short term therapy with geriatric and rehabilitation patients. |
| Sept, 1988<br>to<br>Aug, 1989 | Psychology Intern<br>Vermont State Hospital<br>Waterbury, VT<br><br>Inpatient assessment & treatment with seriously mentally ill adults. Group therapy with violent offenders. Psychoeducational family therapy. Intellectual & personality assessment. |

| | |
|---|---|
| Jan, 1988<br>to<br>June, 1988 | Counseling and Testing Center<br>University of Vermont<br>Burlington, VT<br><br>Short-term outpatient therapy with college students focusing on interpersonal and academic issues. |
| Jan, 1988<br>to<br>Jan, 1989 | Attention Deficit Disorder Treatment Project<br>Department of Psychology<br>University of Vermont<br><br>Assessment and school-based treatment of children with ADHD. |
| Sept, 1989<br>to<br>Jan, 1990 | Family Therapy Training Team<br>Department of Psychology<br>University of Vermont<br><br>Treatment of families with systemic family therapy model. |
| July, 1983<br>to<br>Sept, 1984 | Clinic Coordinator<br>Dept of Psychiatry & Behavioral Sciences<br>University of Washington<br><br>Coordination of clinical services to individuals with alcohol related birth defects. Coordination of follow-up testing. |
| Jan, 1982<br>to<br>July, 1983 | Casework Aide<br>The Shelter<br>Seattle, WA<br><br>Crisis intervention with runaway youth. Individual counseling; co-therapy with families. Coordination of skill-building component of treatment program. |

**RESEARCH EXPERIENCE**

| | |
|---|---|
| Sept, 1988<br>to<br>Jan, 1990 | Research Assistant<br>Vermont Regional Genetics Center<br>University of Vermont<br><br>Co-directed a study assessing the feasibility of conducting a statewide follow-up of children with alcohol related birth defects. |

| | |
|---|---|
| May, 1988<br>to<br>Nov, 1988 | Research Assistant<br>Department of Psychology<br>University of Vermont<br><br>Data collection for outcome evaluation of cognitive behavioral treatment of incarcerated violent offenders. |
| June, 1988<br>to<br>Sept, 1988 | Statistical Assistant<br>Department of Psychology<br>University of Vermont<br><br>Design and implementation of a large-scale database for a study of service delivery to severely emotionally disturbed children. |
| Sept, 1987<br>to<br>Aug, 1988 | Research Assistant<br>Department of Psychology<br>University of Vermont<br><br>Data collection, entry and statistical analysis for a study of stress and coping among adolescents and their parents. Database management. Training and supervision of undergraduate research assistants. |
| Jan, 1986<br>to<br>Aug, 1987 | Research Assistant / Program Assistant<br>Dept of Psychiatry & Behavioral Sciences<br>University of Washington<br><br>Administration of a research lab and clinic focusing on alcohol related birth defects, including grant and budget preparation. Interviewing and data collection for clinical studies. |
| Oct, 1984<br>to<br>Dec, 1985 | Affiliate<br>National Institute for Alcohol Research<br>Oslo, Norway<br><br>Manuscript preparation; editing English-language manuscripts. |

**TEACHING EXPERIENCE**

| | |
|---|---|
| Sept, 1990 to June, 1991 | Teaching Assistant<br>Department of Psychology<br>University of Vermont<br><br>Teaching assistant for graduate level courses in psychotherapy, adult and child assessment. Direction of therapy and assessment training sessions; supervision of clinical practica; preparation and execution of lectures. |

**PUBLICATIONS**

Giunta, C. T. & Streissguth, A. P. (1988). Patients with fetal alcohol syndrome and their caretakers. Social Casework, 69(7), 453-459.

Streissguth, A. P. & Giunta, C. T. (1988). Mental health and health needs of infants and preschool children with fetal alcohol syndrome. International Journal of Family Psychiatry, 9(1), 29-47.

Compas, B. E., Howell, D. C., Phares, V., Williams, R. A. & Giunta, C. T. (1989). Risk factors for emotional/behavioral problems in young adolescents: A prospective analysis of adolescent and parental stress and symptoms. Journal of Consulting and Clinical Psychology, 57(6), 732-740.

Streissguth, A. P. & Giunta, C. T. (1992). Subject recruitment and retention for longitudinal research: Practical considerations for a nonintervention model. In: M. M. Kilbey & K. Asghar (Eds.), Methodological issues in epidemiological, prevention, and treatment research on drug-exposed women and their children. National Institute on Drug Abuse Monograph No. 117.

Giunta, C. T. & Compas, B. E. (1993). Coping in marital dyads: Patterns and associations with psychological symptoms. Journal of Marriage and the Family, 55(4), 1011-1017.

Giunta, C. T. & Compas, B. E. (1994). Adult daughters of alcoholics: Are they unique? Journal of Studies on Alcohol, 55(5), 600-606.

**PRESENTATIONS**

The Shelter: An outcome evaluation of short-term treatment of runaway youth. Presentation at the Northwest Undergraduate Psychology Research Symposium, Ellensburg, WA. (1984).

Fetal Alcohol Syndrome (FAS) in adolescent and adult patients. Presentation at National Institute for Alcohol Research, Oslo, Norway. (October, 1984).

Coping in marital dyads: Predicting husbands' and wives' psychological symptoms. Poster presented at the annual convention of the American Psychological Association, New Orleans, LA. (With B.E. Compas; August, 1989).

Fetal alcohol syndrome: What are the risks? Presentation at Vermont Head Start Conference on Families at Risk, Fairlee, VT. (October, 1989).

Neuropsychological testing with psychiatric and forensic patients. Series of five presentations to Psychology Staff, John Howard Pavilion, St. Elizabeth’s Hospital, Washington, D.C. (March, 1993).

Indications for referral for psychological or neuropsychological evaluation. Presentation to Residents in Psychiatry, St. Elizabeth’s Hospital, Washington, D.C. (October, 1994).

Treatment of childhood sexual abuse. Staff development presentation at the Catholic University of America Counseling Center, Washington, D.C. (November, 1994).

Neuropsychological assessment. Presentation to trainees in psychology, St. Elizabeth’s Hospital, Washington, D.C. (February, 1995).

Sequellae of sexual abuse in adolescents. Psychology staff training at the Regional Institute for Children and Adolescents (RICA), Rockville, MD. (March, 1995).

Treatment of sexual abuse in seriously mentally ill patients. Staff training at Pathway Homes, Falls Church, VA. (July, 1995).

Neuropsychological assessment. Presentation to trainees in psychology, St. Elizabeth’s Hospital, Washington, D.C. (April, 1996).

Treatment of sexual trauma. Staff development presentation at the Catholic University of America Counseling Center, Washington, D.C. (February, 1997).

Dementia, depression and delirium. Presentation at Alzheimer’s Association, Greater Washington Chapter, Bethesda, MD. (May, 2000).

Learning disabilities: Interpretation of psychoeducational evaluations. Presentation to the Association of Consultants and Counselors for Educational Services and Support (ACCESS), Rockville, MD. (June, 2002).

Using psychoeducational evaluations to understand learning disabilities. Presentation to the Association of School Counselors (TASC), Washington, DC. (April, 2003).

## HONORS

| | |
|---|---|
| 1991 | American Psychological Association Dissertation Research Award |
| 1989 - 1992 | Scholarship, Leopold Schepp Foundation |
| 1988 - 1990 | Scholarship, Jewish Fnd for Education of Women |

## PROFESSIONAL AFFILIATIONS

Member:

- American Psychological Association
  - American Psychology-Law Society
  - Division of Neuropsychology
  - Division of Psychotherapy
  - Division of Clinical Psychology
    - Geropsychology Section
- International Society for Traumatic Stress Studies
- Society for Personality Assessment
- Maryland Psychological Association
- Washington Independent Services for Educational Resources
- Learning Disabilities Association

## PROFESSIONAL LICENSES

Psychologist
- State of Maryland
- District of Columbia

Clinical Psychologist
- State of Virginia

## REFERENCES

Christine A. Courtois, Ph.D.
5225 Wisconsin Ave., N.W.
Suite 513
Washington, DC 20015
(202) 362-2776

Mary Ann Dutton, Ph.D.
Clinical & Forensic Psychologist
5507 Spruce Tree Avenue
Bethesda, MD 20814
(301) 530-5657

Nathan J. Zilberg, Ph.D.
Director of Training
Veterans Affairs Medical Center
4150 Clement Street (116B)
San Francisco, CA 94121
(415) 750-2004

Harold Leitenberg, Ph.D.
University of Vermont
Department of Psychology
John Dewey Hall
Burlington, VT 05405
(802) 656-2680