UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARON L. NUSKEY,<br><br>Plaintiff,<br><br>v.<br><br>JAMES H. LAMBRIGHT,<br><br>Defendant. | Civil Action No.: 06-1573 (PLF) (JMF) |

**ORDER FOR INDEPENDENT MEDICAL EXAMINATION**

UPON CONSIDERATION of Defendant's motion for independent medical examination, any opposition thereto, and the entire record herein, it is hereby

ORDERED that Defendant's motion is GRANTED, and it is

FURTHER ORDERED that Plaintiff submit to a physical and mental examination, pursuant to Rule 35(a) of the Federal Rules of Civil Procedure. The examination will be conducted by Carole T. Guinta, Ph.D., and will relate to the nature and extent of injuries suffered for which you seek compensation in this lawsuit. The examination will take place at a date and time set by counsel for Defendant, upon reasonable notice to counsel for Plaintiff, Dr. Guinta's office at 9525 Georgia Ave., Suite 203, Silver Spring, MD, 20910, with continuation, if necessary, the following day, or at another time and place agreed upon by the parties in advance.

So ORDERED, this ____________ day of ______________________, 2008.

_________________________________
JOHN M. FACCIOLA
United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARON L. NUSKEY,<br>Plaintiff,<br>v.<br>JAMES H. LAMBRIGHT,<br>Defendant. | Civil Action No.: 06-1573 (PLF) (JMF) |

**ORDER ON MOTION TO COMPEL**

UPON CONSIDERATION of Defendant's motion to compel production of Plaintiff's medical records, any opposition thereto, and the entire record herein, it is hereby

ORDERED that Defendant's motion is GRANTED and it is

FURTHER ORDERED that Plaintiff execute the releases for medical records to permit Defendant to subpoena the records directly from the providers and that Plaintiff produce all medical records in her possession which were requested by Defendant's written discovery requests within ten calendar days of the date of this order.

So ORDERED, this ____________ day of ______________________, 2008.

______________________________
JOHN M. FACCIOLA
United States Magistrate Judge