SHAW, BRANSFORD, VEILLEUX & ROTH
ATTORNEYS AT LAW
PROFESSIONAL CORPORATION
1100 CONNECTICUT AVENUE, N.W., SUITE 900
WASHINGTON, D.C. 20036
(202) 463-8400

FAX:
(202) 833-8082

WEB:
www.shawbransford.com

September 26, 2007

VIA EMAIL AND REGULAR MAIL

Alan Burch, Esq.
Assistant United States Attorney
Office of the U.S. Attorney for
the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530

Re: Sharon L. Nuskey v. James H. Lambright, Chairman and President, Export-Import Bank of the United States, Civil Action No: 1:06CV01573

Dear Mr. Burch:

Please be advised that we plan to take a number of depositions in the above-referenced matter on behalf of Ms. Nuskey. Assuming there are no disputes regarding the agency's written discovery responses (which now must be served on Plaintiff by no later than Thursday, October 11, 2007), it is our preference to schedule all of those depositions between Thursday, October 18, 2007 and Tuesday, November 6, 2007 (which is the currently scheduled date for the close of discovery). Please let us know as soon as possible at least three dates of availability for each of the following witnesses during that time frame so we can schedule their depositions and make the appropriate arrangements:

1. C. Michael Forgione

2. Craig O'Connor

3. John Emmens

4. Jeffrey Miller

5. April Foley

6. Linda Conlin

7. Margaret Kostic

8. Gregory DaDamio

9. Ana Patricia Guzman-Evans

10. Patrease Jones Brown

Thank you for your prompt attention to this matter.

Very truly yours,

Diana J. Veilleux
Lisa A. Bernstein