**U.S. Depart nt of Justice**

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

November 7, 2007

**VIA OVERNIGHT DELIVERY**

received
11-8-07

Diana J. Veilleux
Lisa Bernstein
Shaw, Bransford, Veilleux & Roth
1100 Connecticut Avenue, N.W. Suite 900
Washington, D.C. 20036

Re: Sharon L. Nuskey v. James H. Lambright, No. 06-1573-PLF (D.D.C.)

Dear Lisa:

Enclosed are (1) the documents covered by your discovery requests that the agency has designated as covered by the Protective Order in this case, and (2) additional documents responsive to your discovery requests.

Sincerely,

JEFFREY A. TAYLOR
United States Attorney

By: [signature]
Alan Burch
Assistant United States Attorney