received
1/3/08

EXPORT-IMPORT BANK
OF THE UNITED STATES

January 3, 2008

**VIA HAND-DELIVERY**

Diana J. Veilleux
Shaw, Brandsford, Veilleux & Roth
1100 Connecticut Avenue, N.W. Suite 900
Washington, D.C. 20036

Re: *Sharon L. Nuskey v. James H. Lambright, Chairman and President, Export-Import Bank of the United States*

Dear Ms. Veilleux:

Pursuant to your December 21, 2007 e-mail exchange with Alan Burch, Assistant United States Attorney, please find attached the following additional documents in response to Plaintiff's discovery requests. Where noted, these documents are confidential and subject to the protective order entered by the Court on October 30, 2007. By releasing the documents Defendant does not waive any of his previously asserted objections.

With regard to the requested OPFs, we have provided the remaining OPF/EPF material for Charles Barnett (Exhibit 1), Brian Sant Angelo (Exhibit 2) and Ricardo Michel (Exhibit 3) not previously disclosed. We have also provided Ken Vranich's OPF/EPF (Exhibit 4). As stated before, Mr. Hess left the Bank on August 3, 2005 and the Bank is not in possession of his OPF/EPF.

With regard to calendars, beginning late November 2004 IBD employees were required to utilize the previously provided IBD divisional calendar; utilization of other calendars was optional. Plaintiff, William Hess and Brian Sant Angelo did not maintain separate electronic calendars for the period of Plaintiff's employment. Thus, no electronic calendar entries for Mr. Sant Angelo – apart from those in the divisional IBD calendar – exist prior to August 2005. Requested electronic calendar entries for Mr. Barnett, who used the IBD divisional calendar, are attached at Exhibit 5. In addition to the IBD divisional calendar, Mr. O'Connor used paper calendars; attached are his calendars for 2006-2007 (Exhibit 6). Mr. O'Connor does not possess his 2004 paper calendar (and he was not Plaintiff's supervisor in 2004).

With regard to documents requested in RFP #27 and 32, please find at Exhibit 7, the following: 1) copy of Ms. Kostic's approved travel order for her 2/4/05 trip; 2) attachment to Mr. Forgoine's 5/31/05 e-mail to Mr. Emens re: budget; 3) attachment to Mr. Forgione's 5/19/05 e-mails (2) to Mr. Emens re: travel budget and travel 2006; 4) attachment to Mr. Forgione's 1/1/05 e-mail to Mr. Emens re: travel-comments welcome; 5) attachment to Mr. O'Connor's 3/25/05 e-mail to Mr. Emens re: "Trip report: Romania/Bulgaria"; 6) attachment to Mr. O'Connor's 11/23/07 e-mail to Ms. Jones-Brown; and 7) 2005 travel orders for Mr. O'Connor.

With regard to application and selection materials for Mr. Ricardo Michel, see Exhibit 8.

With regard to a list of Ex-Im Bank attendees to the November 16-17, 2004 Infrastructure Finance Conference in Bucharest, Romania, see Exhibit 9.

With regard to additional affidavits provided by employees not included in the ROI, the Bank is unaware of any such documents. We again request that you reveal the "information that has been provided to [Plaintiff] in which she has been informed that at least some of the witnesses who provided affidavits in the ROI have signed supplemental affidavits," as stated in your November 27, 2007 letter.

Finally, we contacted former employees William Hess and Jeffrey Miller. Mr. Miller stated he is not in possession of any responsive documents; we are awaiting reply from Mr. Hess.

Sincerely,

Faisal Siddiqui
Counsel

FBS/fbs

Enclosures

Cc: Alan Burch, Esq.