# POSITION DESCRIPTION (Please Read Instructions on the Back)

1. Agency Position No.: 4547

2. Reason for Submission: [ ] Redescription [x] New [ ] Reestablishment [ ] Other

Explanation (Show any positions replaced)

3. Service: [x] Hdqtrs [ ] Field

4. Employing Office Location: Washington, D.C.

5. Duty Station: Washington, D.C.

6. OPM Certification No.

7. Fair Labor Standards Act: [ ] Exempt [ ] Nonexempt

8. Financial Statements Required: [ ] Executive Personnel Financial Disclosure [ ] Employment and Financial Interest

9. Subject to IA Action: [x] Yes [ ] No

10. Position Status: [x] Competitive [ ] Excepted (Specify in Remarks) [ ] SES (Gen.) [ ] SES (CR)

11. Position Is: [ ] Supervisory [ ] Managerial [x] Neither

12. Sensitivity: [ ] 1--Non-Sensitive [x] 2--Noncritical Sensitive [ ] 3--Critical [ ] 4--Special Sensitive

13. Competitive Level Code

14. Agency Use

| 15. Classified/Graded by | Official Title of Position | Pay Plan | Occupational Code | Grade | Initials | Date |
|---|---|---|---|---|---|---|
| a. Office of Personnel Management | | | | | | |
| b. Department, Agency or Establishment | Business Development Specialist | GS | 1101 | 11 | APG | 6/22/03 |
| c. Second Level Review | | | | | | |
| d. First Level Review | | | | | | |
| e. Recommended by Supervisor or Initiating Office | | | | | | |

16. Organizational Title of Position (If different from offical title)

17. Name of Employee (If vacant, specify)

18. Department, Agency, or Establishment: Export-Import Bank of the U.S.

a. First Subdivision: Office of the Chairman and President

b. Second Subdivision: Export Finance Group

c. Third Subdivision: Business Development Division

d. Fourth Subdivision

e. Fifth Subdivision

19. Employee Review-This is an accurate description of the major duties and responsibilities of my position.

Signature of Employee (optional)

20. Supervisory Certification. I certify that this is an accurate statement of the major duties and responsibilities of this position and its organizational relationships, and that the position is necessary to carry out Government functions for which I am responsible. This certification is made with the knowledge that this information is to be used for statutory purposes relating to appointment and payment of public funds, and that false or misleading statements may constitute violations of such statutes or their implementing regulations.

a. Typed Name and Title of Immediate Supervisor

William W. Redway, Vice President
Business Development Division

Signature: [signature] Date: 6/16/03

b. Typed Name and Title of Higher-Level Supervisor or Manager (optional)

Jeffrey L. Miller, Senior Vice President
Export Finance Group

Signature: [signature] Date: 6/18/03

21. Classification/Job Grading Certification. I certify that this position has been classified/graded as required by Title 5, U.S. Code, in conformance with standards published by the U.S. Office of Personnel Management or, if no published standards apply directly, consistently with the most applicable published standards.

Typed Name and Title of Official Taking Action

Gregory J. DaDamio, Team Lead
Office of Human Resources

Signature: [signature] Date: 6/22/03

22. Position Classification Standards Used in Classifying/Grading Position

Loan Specialist Guide, dated December 1961; Administrative Analysis Grade Evaluation Guide, dated August 1990 and Primary Standards, dated July 1999

Information for Employees. The standards, and information on their application, are available in the personnel office. The classification of the position may be reviewed and corrected by the agency or the U.S. Office of Personnel Management. Information on classification/job grading appeals, and complaints on exemption from FLSA, is available from the personnel office or the U.S. Office of Personnel Management.

| 23. Position Review | Initials | Date | Initials | Date | Initials | Date | Initials | Date | Initials | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| a. Employee (optional) | | | | | | | | | | |
| b. Supervisor | | | | | | | | | | |
| c. Classifier | | | | | | | | | | |

24. Remarks

At FPL PD# 4549 GS-13

25. Description of Major Duties and Responsibilities (See Attached)

# Business Development Division
# Business Development Specialist
# GS-1101-11

## I. Introduction

This position is located in the Business Development Division (BDD), Export Finance Group. The Division is responsible for strategic marketing of Ex-Im Bank programs primarily to market Export-Import Bank products and services to all prospective clients. As appropriate, emphasis will be placed on women and minority owned businesses, environmental entities, and exporters located in rural and urban areas.

Overall responsibilities of BDD employees include, but are not limited to: (1) initial customer contacts on behalf of the Bank; (2) outreach and counseling services related to Bank services and products; (3) input into Ex-Im Bank program and marketing literature for the assigned target market -- development, publication, and dissemination to the public; (4) training the general exporting public and related government personnel on function, process, and programs of the Bank; (5) pro-active business development in emerging and rural markets, small businesses, and financial institutions; (6) establishment and management of the marketing database related to the assigned market area or international region to be utilized in a multitude of ways in support of the Bank's mission; and (7) research and analysis of U.S. export market components; (8) meeting and/or exceeding specific sales goals resulting in bank authorizations.

## II. Duties and Responsibilities

Specific duties and responsibilities performed by the incumbent are described below, but are not all-inclusive.

1. Meets with all potential clients that are or could be a party to any U.S. export transaction within his/her assigned region or category. Serves as primary contact for markets in an assigned region or category. Educates clients in that area on the array of Ex-Im Bank and other agency programs available to exporters and importers of U.S. equipment and services. Advises clients or potential clients on how to apply for U.S. government assistance, program requirements of that assistance, applicable fees, documentary and credit requirements of the appropriate policy and program structure. Works to ensure that qualified leads are followed up on in a timely manner. Works toward the achievement of stated numerical goals set by senior management.

2. Designs, implements, and monitors marketing plans for special initiatives within BDD. Prepares reports advising various levels in the Bank on the status of these initiatives.

3. Provides guidance to clients regarding credit standards, country limitations, etc. from inception of a potential transaction until a well-structured and complete application is

submitted to the Bank.

4. Maintains a current and in depth knowledge of all programs, structures, Bank policies, and market changes necessary to fulfill the mission of the Business Development Division.

5. Makes presentations to senior management and advisory committee meetings on marketing activities, and prepares senior management for congressional testimony on issues relevant to business development.

6. Participates in internal work groups and committees that evaluate and make recommendations regarding improvements in Ex-Im Banks programs, policies, or processes, as required.

7. Organizes and serves as a principal speaker for training seminars and marketing events as needed. As applicable, attends trade shows and seminars, both domestic and international that showcase Ex-Im Bank financing opportunities to attendees.

8. Works with and manages certain trade association accounts, City-State Partners, TPCC agency employees, US and foreign companies, to develop closer contacts with exporters and foreign buyers by creating appropriate marketing materials for the target audience. Serves as the principal contact for the particular trade association and its members.

9. Utilizes Database Management System to obtain leads, follow up on leads, maintain file cases of possible leads and record status of leads.

10. Works on special projects and performs other duties as required by supervisor.

## III. Factors

### FACTOR 1 - Knowledge Required by the Position Level 1-7, 1,250 Pts

1. Knowledge of the principles, concepts, and methodology which underlie business development activities conducted by the Export-Import Bank in order to analyze a wide range of different situations and reach or recommend sound action.

2. Knowledge of Bank policies, regulations, precedents, and specific knowledge of the area or category of emerging exporters assigned sufficient to independently handle most problems and to represent the organization.

3. Knowledge of the Bank's services, programs, objectives, sequence of key loan processing events and milestones, and methods of assessing the process with respect to an assigned area in order to: speak effectively on all programs and issues, write

program literature for internal and public use, and assist all operating programs in the Bank.

4. Knowledge of export trade and commercial banking practices; knowledge of trade finance and credit as they relate to all Ex-Im Bank programs, and of conventional work methods and processes by which division objectives are achieved.

5. Knowledge of the types and locations of businesses as well as dominant economic sectors in his/her assigned area or region (e.g., rural exporters and women-owned and minority businesses).

6. Communication skills sufficient to prepare and deliver effective briefings to managers and clients and to produce clear and concise interpretive reports.

7. Skill in using spreadsheet and word processing and financial analysis software programs.

**FACTOR 2 - Supervisory Controls** Level 2-4, 450 Pts

The BDD Manager provides general direction and guidance on broad objectives and resources available. Within a framework of established priorities, funding, and overall program objectives, the Manager and incumbent develop mutually accepted work and strategic marketing plans -- including identification of business development work to be done, scope of assignments, and deadlines for completion of assignments.

The incumbent, having developed expertise in business development work, is responsible for planning and carrying out marketing assignments, resolving most of the conflicts that arise, coordinating the work with others as necessary, and interpreting policy on own initiative in terms of established objectives.

Completed work is reviewed only from an overall standpoint in terms of feasibility, compatibility with other work, or effectiveness in meeting requirements or expected results.

**FACTOR 3 – Guidelines** Level 3-3, 275 Pts

Guidelines such as Bank policies, manuals, procedures, regulations, Business Development precedents, and marketing initiatives are available, but do not fully apply to specific assignments or have gaps in specificity. The employee must use judgment to interpret and adapt guides, and to determine relevance of precedent actions or decisions.

**FACTOR 4 - Complexity** Level 4-4, 225 Pts

The work is characterized by business development assignments that require analysis of interrelated marketing issues related to assignments, which typically involve substantive mission-oriented programs; assignments requiring development of detailed plans, goals,

and objectives for the long-range development of emerging exporters; assignments that may be complicated by conflicting program goals and objectives; and complications due to the need to deal with subjective concepts such as value judgments on matters impacting marketing in the assigned area.

**FACTOR 5 - Scope & Effect** Level 5-3, 150 Pts

The purpose of the work is to analyze and evaluate aspects of potentially conventional transactions and other activities with respect to exporters and foreign buyers. The incumbent analyzes and evaluates less complex aspects of facilitating the provision of Bank services to potential exporters and foreign buyers. The work involves treating a variety of conventional problems, questions, or situations in conformance with established criteria. The incumbent's work may affect the design or operation of Bank marketing programs and procedures.

**FACTOR 6** Level 6-3, 60 Pts

Typically, contacts involve both Bank officials and exporters in the assigned area. Within the Bank, contacts may include higher management levels. Outside of the Bank, contacts are typically with exporters, lenders and foreign buyers who could make use of the services of Ex-Im.

**Factor 7 - Purpose of Contacts** Level 7-1, 50 Pts

Contacts are for the purpose of persuading exporters and Bank managers to accept various decisions/ideas of the incumbent on business development in the assigned area. May encounter some resistance due to conflicts, competing objectives, or resource issues.

**FACTOR 8 - Physical Demands** Level 8-1, 5 Pts

The work is primarily sedentary, although some slight physical effort may be required.

**FACTOR 9 - Work Environment** Level 9-1, 5 Pts

The work is typically performed in an office setting.

**TOTAL POINTS: 2,470**

# POSITION DESIGNATION WORKSHEET (FPM-1991)

Title: Business Development Specialist
PD #: 4547

PROGRAM PLACEMENT (Check 1 in each row):

| | | | | |
|---|---|---|---|---|
| Impact on Efficiency of Service | Major | Substantial | **Moderate** | Limited |
| Scope of Operations | **World** | Government | Multi-Agency | Agency |
| Placement | Major | **Substantial** | Moderate | Limited |

XIII. POSITION PLACEMENT (Points: 1-7)

| | |
|---|---|
| Degree of Public Trust | 2 |
| Fiduciary Responsibility | 1 |
| Importance to the Program | 2 |
| Program Authority Level | 2 |
| Supervision Received | 3 |
| Total Points | 10 |

XIV. TENTATIVE RISK LEVEL (Based on I and II, above):

High Risk **Moderate Risk** Low Risk

XV. ADJUSTMENTS

Suitability Adjustments (include computer-ADP or other comment): **None**
Security Adjustment (show requisite security clearance level: **LBI/No Access**

XVI. FINAL PLACEMENT

| | |
|---|---|
| High Risk | Special Sensitive |
| **Moderate Risk** | Critical Sensitive |
| Low Risk | **Non-critical Sensitive** |
| | Non-sensitive |

[signature]
Jonathan T. McMullen
Director for Administration and Security
Resource Management Group

10.01.03
Date