UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARON L. NUSKEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JAMES H. LAMBRIGHT, )<br>CHAIRMAN AND PRESIDENT, )<br>EXPORT-IMPORT BANK OF )<br>THE UNITED STATES, )<br>)<br>Defendant. )<br>_____) | Civil Action No.: 06-1573 |

## ORDER

Upon consideration of Plaintiff's Motion To Compel Plaintiff's Motion To Compel Defendant's Discovery Responses And Two Depositions In This Case, it is hereby ORDERED that Plaintiff's Motion is GRANTED; and it is further ORDERED that:

1. Defendant respond in full to Plaintiff's written discovery requests as detailed in Plaintiff's Motion;

2. Defendant produce April Foley and Linda Conlin for depositions prior to the close of discovery in this case;

3. The Parties Electronically Stored Information ("ESI") Supplement to the Rule 16.3 Joint Report be finalized pursuant to the Magistrate Judge's rulings on Plaintiff's Motion to Compel, to include the time frame of the search and production of ESI data to go from August 1, 2002 to the present, and claw-back provision regarding privilege should mirror the Fed. R. Civ. Pro. 26; and that

      4.      Defendant pay Plaintiff the attorney's fees and costs that she incurred in preparing and filing her Motion to Compel pursuant to Fed. R. Civ. Pro. 37.

_____                        _____

Date                                                      John M. Facciola, Magistrate Judge

cc:     Diana J. Veilleux, Esq.               Jeffrey A. Taylor, U.S. Attorney
        Lisa A. Bernstein, Esq.               Rudolph Contreas, Asst. U.S. Attorney
        Ralph C. Conte, Esq.                  Alan Burch, Asst. U.S. Attorney
        Shaw, Bransford, Veilleux & Roth, P.C.   U.S. Attorney's Office for D.C.
        1100 Connecticut Avenue, N.W., Ste 900  555 4th Street, N.W.
        Washington, D.C. 20036              Washington, D.C. 20530