AFFIDAVIT

Washington, DC

I, Linda Mysliwy Conlin, female, age 57 (DOB:[redacted] Board of Directors, Export-Import Bank of the United States (hereafter Export-Import Bank), hereby solemnly swear that this statement is the truth, the whole truth and nothing but the truth, so help me God.

1. I have been with Export-Import Bank since April 2004 and have been in my current position since my arrival. I am responsible for reviewing and voting on transactions that come before the Board. Generally these transactions are in excess of 10 million dollars and/or have important policy considerations. I Chair the Audit Committee and oversee environmental export programs and business development efforts for Southeast and Central Europe.

2. Ms. Sharon Nuskey was a staff member of the International Business Development Division (IBD). ~~Our initial meeting occurred when~~ Ms. Nuskey and I attended a seminar held in Washington, DC which was related to building business for the Export–Import Bank in the region of Central and Southeast Europe. The seminar was sponsored by the Center for Strategic and International Studies. Ms. Nuskey's area of concentration was Central and Southeast Europe.



Initials

3. I am not aware of Ms. Nuskey's performance or interactions in her division. Though I cannot recall the exact number of times we met or spoke to one another, I interacted with her approximately six-eight times during the period she was at Export-Import Bank. Based on those interactions, I found her to be articulate, motivated and willing to support business development activities in the central and southeastern region of Europe. I verbally communicated this assessment to her.

4. I was not aware that Ms. Nuskey was a probationary employee until just prior to or at the time of her termination.

5. Depending upon the issue, I similarly interacted with different employees in IBD. My interaction with Ms. Nuskey was the same as that with any staff members of IBD involved with regional business development activities, regardless of their sex or age. I do not feel that Ms. Nuskey's sex impacted upon her capability to perform her job.

6. I was aware that Ms. Nuskey had concerns about being able to get approval for business travel in connection with a trip which was associated with another event, which may have been the European Bank for Reconstruction and Development Annual Meeting (EBRD). The EBRD annual meeting likely would have provided information related to her job.



Initials

7. Serbia-Montenegro was not one of our tier-one countries for priority markets.

8. I am not aware of Ms. Nuskey having had any prior EEO activity.

I do not have any other pertinent information to add to this statement.

I have read the foregoing statement consisting of 3 pages, each of which I have initialed, is true and complete to the best of my knowledge and belief. Any corrections that I have made have my initials next to the correction. This statement was made of my free will without any threat, promise of immunity or inducement. I understand that the information I have given is not to be considered confidential and that it may be shown to the interested parties.

I declare under penalty of perjury that the foregoing is true and correct. Executed this

17 day of [illegible], 2005.

Signature



Initials