UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARON L. NUSKEY,<br><br>Plaintiff,<br><br>v.<br><br>JAMES H. LAMBRIGHT,<br><br>Defendant. | Civil Action No.: 06-1573 (PLF) |

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO AMEND ANSWER**

In accordance with Federal Rule of Procedure 15(a), Defendant respectfully moves to amend his answer, specifically his prayer for relief, to reflect that, Plaintiff's demand for compensatory damages must be capped at $200,000, pursuant to 42 U.S.C. § 1981a(b)(3)(C). Counsel for Plaintiff does not oppose this motion to amend.

Plaintiff's Complaint alleges Defendant discriminated against her in violation of "Title VII of the Civil Rights Act of 1964 ('Title VII', 42 U.S.C. § 2000e-16), the Age Discrimination in Employment Act ('ADEA', 29 U.S.C. § 633a(c)), and the Civil Rights Act of 1991 (42 U.S.C. § 1981a)." See Complaint ¶ 1. As part of her prayer for relief, Plaintiff asks that the Court award her compensatory damages "up to $300,000." Id. at 19.

The availability of compensatory damages under Title VII is governed by the Civil Rights Act of 1991, which provides in pertinent part:

> The sum of the amount of compensatory damages awarded under this section for future pecuniary losses, emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life, and other nonpecuniary losses, and the amount of punitive damages awarded under this section, shall not exceed, for each complaining party . . . . (C) in the

> case of a respondent who has more than 200 and fewer than 501 employees in each of 20 or more calendar weeks in the current or preceding calendar year, $200,000.

42 U.S.C. § 1981a(b)(3).

At all relevant times, the Export-Import Bank of the United States ("Ex-Im Bank") employed less than 501 employees. Hence, the Civil Rights Act of 1991 places a cap of $200,000 on any potential compensatory damage award available to Plaintiff in this action under Title VII. Although Defendant does not believe that it is necessary to plead this as an affirmative defense, out of an abundance of caution, Defendant respectfully requests the Court's leave to amend his answer to include language asserting the cap on damages. A proposed Amended Complaint is attached hereto, and the additional language appears on page 11, in the second paragraph under "Prayer for Relief."

WHEREFORE, Defendant respectfully request the Court's leave to file the attached amended answer.

January 25, 2008

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/
ALAN BURCH, D.C. Bar # 470655
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7204
alan.burch@usdoj.gov

OF COUNSEL:
Faisal Siddiqui
Office of the General Counsel
Export-Import Bank of the United States