UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARON L. NUSKEY,<br><br>Plaintiff,<br><br>v.<br><br>JAMES H. LAMBRIGHT,<br><br>Defendant. | Civil Action No.: 06-1573 (PLF) (JMF) |

**DEFENDANT'S CONSENT MOTION TO REPLACE EXHIBIT ONE TO ITS DISCOVERY MOTION (1) FOR ORDER OF MENTAL EXAMINATION AND (2) TO COMPEL PRODUCTION OF MEDICAL RECORDS, NO. [27]**

Defendant respectfully requests the Clerk of the Court to substitute the attached exhibit for Exhibit 1 in Defendant's pending Motion for an Order requiring Plaintiff (1) to submit to an independent mental examination (2) to produce her medical records, No. [27]. The substitution is requested to accommodate Plaintiff's request, following her counsel's retroactive designation of some of the information in the previously filed Exhibit 1 as covered by the Protective Order in this case, no. [24]. Defendant has not yet taken a position as to whether to object to the designations, but it nevertheless prudent to remove the already-filed Exhibit 1 from the public record at this time. Counsel for Plaintiff consents to this motion.

In addition, the corrected Exhibit 1 now includes two pages from Plaintiff's responses to Defendants second written discovery requests, pages that were inadvertently omitted from the Exhibit 1 as previously filed.

Accordingly, Defendant requests that the Court order the Clerk of the Court to make the substitution of exhibits. A proposed order is attached.

January 30, 2008

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
ALAN BURCH, D.C. Bar # 470655
Assistant United States Attorney
555 4th St., N.W., Civil Division
Washington, D.C. 20530
(202) 514-7204

OF COUNSEL:
Faisal Siddiqui
Office of the General Counsel
Export-Import Bank of the United States