UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARON L. NUSKEY,<br><br>Plaintiff,<br><br>v.<br><br>JAMES H. LAMBRIGHT,<br><br>Defendant. | Civil Action No.: 06-1573 (PLF) (JMF) |

**ORDER ON MOTION TO REPLACE EXHIBITS**

UPON CONSIDERATION of Defendant's consent motion to replace Exhibit 1 of its pending discovery motion, no. [27], and the entire record herein, it is hereby

ORDERED that the motion is GRANTED, and it is

FURTHER ORDERED that the Clerk of the Court shall promptly remove the Exhibit 1 as from the docket sheet for no. [27], and file the exhibit attached to Defendant's instant motion as a replacement thereto.

So ordered, this ___________ day of _________________, 2008.

_______________________________
JOHN M. FACCIOLA
United States Magistrate Judge