UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARON L. NUSKEY, | |
| Plaintiff, | |
| v. | Civil Action No: 1:06CV01573 (PLF)/(JMF) |
| JAMES H. LAMBRIGHT,<br>Chairman and President,<br>Export-Import Bank of the United States, | Dated: February 5, 2008 |
| Defendant. | |

NOTICE OF FILING

Plaintiff hereby submits notice to the Court and the parties that a portion of Exhibit # 2, and all of Exhibits # 5 and # 6 are filed under seal with the Clerk's Office pursuant to L.Cv.R. 5.1(j).

Respectfully submitted,

/s/ Ralph C. Conte
Ralph C. Conte
D.C. Bar No. 447022
Shaw, Bransford, Veilleux & Roth, P.C.
1100 Connecticut Avenue, N.W., Suite 900
Washington, D.C. 20036
Telephone: (202) 463-8400
Facsimile: (202) 833-8082
rconte@shawbransford.com

Counsel for Plaintiff