UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHARON L. NUSKEY,<br><br>Plaintiff,<br><br>v.<br><br>JAMES H. LAMBRIGHT,<br>CHAIRMAN AND PRESIDENT,<br>EXPORT-IMPORT BANK OF<br>THE UNITED STATES,<br><br>Defendant. | ) | Civil Action No.: 06-1573 (PLF)/(JMF) |

ORDER

Upon consideration of Defendant's Motion To Compel an Independent Medical Examination of Plaintiff and Plaintiff's Medical Records, it is this ____ day of _________, 2008, hereby ORDERED that Plaintiff's Motion is DENIED in its entirety.

| | |
|---|---|
| ____________________<br>Date | ________________________________<br>John M. Facciola, Magistrate Judge |

cc:

Diana J. Veilleux, Esq.
Lisa A. Bernstein, Esq.
Ralph C. Conte, Esq.
Shaw, Bransford, Veilleux & Roth, P.C.
1100 Connecticut Avenue, N.W., Ste 900
Washington, D.C. 20036

Jeffrey A. Taylor, U.S. Attorney
Rudolph Contreas, Asst. U.S. Attorney
Alan Burch, Asst. U.S. Attorney
U.S. Attorney's Office for D.C.
555 4th Street, N.W.
Washington, D.C. 20530