# DECLARATION OF BILL SMITH

I, Bill Smith, make the following declaration:

1. That I am Director, Infrastructure Management & Operations, Office of the Chief Information Officer, at the Export-Import Bank of the United States ("the Bank").

2. That I supervised restoration of electronic back-up tapes for purposes of producing various E-mail and calendar databases in response to discovery requests in the case of Sharon L. Nuskey v. James H. Lambright, Civil Action No. 06-1573.

3. That during the 2004-2005 time frame, the Bank's E-mail backup system was in transition as the Bank then utilized different tape back-up technology than is currently used.

4. That due to the different technology in use during the 2004-2005 time frame, the restoration of the back up tapes in question where available, required additional time, effort and expense than is usually involved in the restoration of back-up tapes.

5. That the back-up restoration required approximately 250 hours of contract engineer time, valued at approximately $22,000.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 2/5/08.

Bill Smith

BILL SMITH