Furthermore, Ms. Nuskey believes that there may be other emails, documents and other records in the sole custody and possession of the agency (i.e., the miscellaneous emails that she sent and received on her agency computer, and those of which may also be on the computer or in the files maintained by others in the agency) that may relate to the events and matters alleged in her civil Complaint. However, since she Ms. Nuskey not had access to those documents since her May 20, 2005 removal, none of those documents other than what is being produced are in her possession.

8. If you intend to offer any evidence at trial under Rule 404 of the Federal Rules of Evidence, describe the nature of the evidence you intend to offer and identify any person with knowledge of the facts you intend to offer into evidence under Rule 404.

RESPONSE: Ms. Nuskey objects to this Interrogatory on the grounds of attorney-client privilege and attorney work product. Without waiving these objections, Ms. Nuskey has not yet determined what evidence she will offer at trial under Rule 404 of the Federal Rules of Evidence.

9. List every current or former Ex-Im Bank employee you believe discriminated, harassed, and/or retaliated against you.

RESPONSE: Ms. Nuskey objects to this Interrogatory on the grounds that discovery is ongoing and she has not yet received the agency's responses to her written discovery requests in order to provide a complete response. Without waiving these objections, Ms. Nuskey claims that Mr. Michael Forgione and Mr. Craig O'Connor subjected her to discrimination, harassment and retaliation in connection with her employment with the agency.