UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHARON L. NUSKEY, Plaintiff, | ) | Civil Action No.: 06-1573 (PLF) (JMF) |
| v. | ) | |
| JAMES H. LAMBRIGHT, Defendant. | ) | |

**ORDER ON PLAINTIFF'S DISCOVERY MOTION**

UPON CONSIDERATION of Plaintiff's Motion to Compel, no. [28]; Defendant's opposition thereto, and the entire record herein, it is hereby

ORDERED that the Motion is DENIED, and it is

FURTHER ORDERED that Plaintiff shall not take the depositions of April Foley or Linda Conlin without further order of the Court, and Plaintiff's notices of depositions for Ms. Foley and Ms. Conlin are hereby QUASHED; and it is

FURTHER ORDERED that Plaintiff's discovery shall be limited in time to one month prior to Plaintiff's starting work at the agency until one month after her termination from the agency, until further order of the Court; and it is

FURTHER ORDERED that Plaintiff may not attempt to obtain further information about allegations of other discriminatory conduct by supervisors at the agency; and it is

FURTHER ORDERED that Defendant's claims of attorney-client and work-product privilege are upheld and Defendant need not produce a privilege log or submit the materials for *in camera review*, in light of Plaintiff's failure to make a sufficient showing that the information

is likely to be relevant. See Fed. R. Civ. Pro. 26; see also Fed. R. Civ. Pro. 26, Advisory Com. Notes, 1993 Amd., Subdiv. (b), ¶ 5; and it is

FURTHER ORDERED that Defendant need not provide any additional information in response to any of Plaintiff's other now-pending discovery requests.

So ordered, this ____________________ day of February 2007.

______________________________

JOHN M. FACCIOLA
United States Magistrate Judge