"CHRIS Alert" <applmgr@hrprod.hr.gsa.gov>

05/01/2005 12:03 AM

To: chris-alerts@exim.gov
cc:
Subject: Completion of Probationary Period for : Nuskey, Sharon L

Nuskey, Sharon L
XXX-XX-4609
EFJB

This employee will complete a probationary period on 09-AUG-2005.

Supervisors are required to evaluate and certify whether a probationary employee's performance, conduct, and general character traits have been found satisfactory. This certification must be completed during the ninth or tenth month of probation. It must contain your recommendation whether the employee should be retained beyond the probationary period.

Please complete and return this certification by 09-JUN-2005. If you do not recommend this employee for retention in this position, please contact us immediately.

Certification:

Here is a summary of my evaluation of the employee shown above:

[ ] This employee's performance is satisfactory in all aspects. I recommend retention (in the same or different position).

[X] This employee's performance is not satisfactory. I will prepare an SF-52 to recommend separation.

Comments concerning performance, conduct, and general character traits:

[signature] MAY 31, 2005
----------------------------------------------- ----------------
Supervisor's Signature Date

[signature] 5/31/05
----------------------------------------------- ----------------
Reviewing Official's Signature Date

Return this certification to us by 09-JUN-2005.

Personal Data -- Privacy Act of 1974

FILED 8/16/05