UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARON L. NUSKEY,<br><br>Plaintiff,<br><br>v.<br><br>JAMES H. LAMBRIGHT,<br>CHAIRMAN AND PRESIDENT,<br>EXPORT-IMPORT BANK OF<br>THE UNITED STATES,<br><br>Defendant. | Civil Action No.: 06-1573<br><br>Judge Paul L. Friedman/<br>Magistrate Judge John M. Facciola<br><br>Dated: February 11, 2008 |

PLAINTIFF'S CONSENT MOTION TO REPLACE EXHIBITS 14 AND 15
TO PLAINTIFF'S MOTION TO COMPEL DEFENDANT'S DISCOVERY
RESPONSES AND TWO DEPOSITIONS IN THIS CASE

Plaintiff, Sharon L. Nuskey, by and through her undersigned counsel, hereby respectfully requests that the Clerk of the Court substitute the attached exhibits for Exhibits 14 (EEO Affidavit of April Foley) and 15 (EEO Affidavit of Linda Conlin) in support of Plaintiff's pending Motion, No. [28], To Compel Defendant's Discovery Responses And Two Depositions In This Case that was filed with the Court on Wednesday, January 23, 2008. The substitution is requested because Plaintiff inadvertently filed the exhibits with personal identifying information of the affiants. Plaintiff has notified Defendant about this Motion, and Defendant has consented thereto.

Accordingly, Defendant requests that the Court order the Clerk of the Court to make the substitution of exhibits.

Respectfully submitted,

________________________________________

/s/ Diana J. Veilleux
D.C. Bar No. 418292
Dveilleux@shawbransford.com
/s/ Lisa A. Bernstein
D.C. Bar No. 466215
lbernstein@shawbransford.com
/s/ Ralph C. Conte
D.C. Bar No. 447022
rconte@shawbransford.com
Shaw, Bransford, Veilleux & Roth, P.C.
1100 Connecticut Avenue, N.W., Suite 900
Washington, D.C. 20036
Telephone: (202) 463-8400
Facsimile: (202) 833-8082

Counsel for Plaintiff