# AFFIDAVIT

Washington, DC

I, April Hoxie Foley, female, age 58 (DOB: [redacted]; First Vice-President & Vice Chairman, Export-Import Bank of the United States (hereafter Export-Import Bank), hereby solemnly swear that this statement is the truth, the whole truth and nothing but the truth, so help me God.

1. I arrived at the Export-Import Bank in April, 2003. My duties involved voting on Board transactions and outreach. I served in this capacity until July 20, 2005 at which time I left Export-Import Bank.

2. Ms. Sharon Nuskey worked on the staff of Export-Import Bank in International Business Development and provided briefings and input on matters related to the part of the world for which she had responsibility. Her performance was excellent and I communicated positive feedback to Ms. Nuskey regarding my assessment of her performance. I let her know that I appreciated her efforts and felt she did a good job.

3. I also interacted with Ms. Nuskey's probationary colleagues: Mr. Charles Barnett, Mr. William Hess and Mr. Brian Sant Angelo. They provided similar services to me with relation to the parts of the world for which they had responsibility. Based on my limited

 Initials AF

experience and exposure, Ms. Nuskey's performance was equal to or better than theirs in terms of the content of the work product. I felt she was better educated and better informed, and she is more sophisticated and a more developed and confident professional. My experiences with Ms. Nuskey were very limited.

4. As previously stated, I am a Director of the Bank and Ms. Nuskey interacted very well with me and I rate her performance highly. However, I am not aware of any specific complaints of any Bank Director or senior staff person regarding Ms. Nuskey.

5. Speaking only for myself, I had more interaction with Charles Barnett than Ms. Nuskey because I made several trips to the part of the world for which he was responsible.

6. I do not remember specific comments by Ms. Nuskey that she was treated differently than the younger, male probationary employees by Mr. Craig O'Connor or Mr. Michael Forgione.

7. I am aware that Ms. Nuskey was not traveling to the region of the world for which she was responsible, which would limit sharply her ability to have a positive impact on business development.

 Initials AF

8. I was aware that there were limitations on Ex-IM Bank's travel budget due to Congressional cutbacks

I do not have any other pertinent information to add to this statement.

I have read the foregoing statement consisting of 3 pages, each of which I have initialed, is true and complete to the best of my knowledge and belief. Any corrections that I have made have my initials next to the correction. This statement was made of my free will without any threat, promise of immunity or inducement. I understand that the information I have given is not to be considered confidential and that it may be shown to the interested parties.

I declare under penalty of perjury that the foregoing is true and correct. Executed this

20 day of November, 2005.

April Foley

Signature

 Initials AF