UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHARON L. NUSKEY,<br><br>Plaintiff,<br><br>v.<br><br>JAMES H. LAMBRIGHT,<br>CHAIRMAN AND PRESIDENT,<br>EXPORT-IMPORT BANK OF<br>THE UNITED STATES,<br><br>Defendant. | ) | Civil Action No.: 06-1573 |

ORDER

Upon consideration of Plaintiff's Consent Motion To Replace Exhibits 14 And 15 To Plaintiff's Motion To Compel Defendant's Discovery Responses And Two Depositions In This Case, it is hereby ORDERED that Plaintiff's Motion is GRANTED; and it is further ORDERED that the Clerk of the Court shall promptly remove Exhibits 14 and 15 from the docket sheet for no. [28], and file the exhibits attached to Plaintiff's instant motion as replacements thereto.

______________________ Date

______________________ John M. Facciola, Magistrate Judge

cc: Diana J. Veilleux, Esq.
Lisa A. Bernstein, Esq.
Ralph C. Conte, Esq.
Shaw, Bransford, Veilleux & Roth, P.C.
1100 Connecticut Avenue, N.W., Ste 900
Washington, D.C. 20036

Jeffrey A. Taylor, U.S. Attorney
Rudolph Contreas, Asst. U.S. Attorney
Alan Burch, Asst. U.S. Attorney
U.S. Attorney's Office for D.C.
555 4th Street, N.W.
Washington, D.C. 20530