UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHARON L. NUSKEY, | ) | |
| Plaintiff, | ) | Civil Action No.: 06-1573 (PLF) (JMF) |
| v. | ) | |
| JAMES H. LAMBRIGHT, | ) | |
| Defendant. | ) | |

**JOINT MOTION TO EXTEND DISCOVERY**

Plaintiff, Sharon L. Nuskey, and Defendant, James H. Lambright, respectfully request an extension of the close of discovery in this case, as well as the post-discovery briefing schedule for motions for summary judgment. This case involves Plaintiff's claims of employment discrimination, harassment, and reprisal under Title VII of the Civil Rights Act of 1964, as amended, the Age Discrimination in Employment Act, and the Civil Rights Act of 1991.

The parties have conducted extensive document discovery and various depositions, but several disputed discovery issues that have been raised in the parties' pending motions to compel are awaiting resolution by the Court. In addition, at least one deposition currently needs to be rescheduled that was noticed by Plaintiff for this week, but was canceled by Defendant due to a personal emergency of the witness. Accordingly, the parties request that discovery remain open until 60 calendar days from the date the Court issues an order on the resolution of the pending discovery motions.

Finally, the parties would further request that the schedule for dispositive motions be reset accordingly as well:

- Discovery shall close 60 calendar days from the date the Court issues an order(s) on the resolution of the parties' pending discovery motions.
- Motions for Summary Judgment must be filed within 30 calendar days after the close of discovery.
- Oppositions to Motions for Summary Judgment must be filed within 30 calendar days after Summary Judgment Motions are filed with the Court; and
- Replies must be filed within 20 calendar days after Oppositions are filed with the Court.

This is the third motion to extend discovery in this case.

March 20, 2008 Respectfully submitted,

/s/
Diana J. Veilleux, Esq.
D.C. Bar #418292
dveilleux@shawbransford.com
Lisa A. Bernstein, Esq.
D.C. Bar # 466125
lbernstein@shawbransford.com
Ralph C. Conte, Esq.
D.C. Bar # 447022
rconte@shawbransford.com
Shaw, Bransford, Veilleux & Roth, P.C.
1100 Connecticut Avenue, N.W., Ste. 900
Washington, D.C. 20036
(202) 463-8400

Counsel for Plaintiff

JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/
ALAN BURCH, D.C. Bar # 470655
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7204
alan.burch@usdoj.gov

Counsel for Defendant