UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHARON L. NUSKEY,

Plaintiff,

v.

JAMES H. LAMBRIGHT,

Defendant.

Civil Action No.: 06-1573 (PLF) (JMF)

**ORDER**

Upon consideration of the parties' Joint Motion to Extend Discovery, it is hereby ORDERED that the Motion is granted and that the following are the new deadlines in the above-captioned matter:

1. Discovery shall close 60 calendar days after the Court issues an order(s) on the resolution of the parties' pending discovery motions.
2. Motions for Summary Judgment must be filed within 30 calendar days after the close of discovery.
3. Oppositions to Motions for Summary Judgment must be filed within 30 calendar days after Summary Judgment Motions are filed with the Court; and
4. Replies must be filed within 20 calendar days after Oppositions are filed with the Court.

Date

John M. Facciola, Magistrate Judge

cc: Diana J. Veilleux, Esq.
Lisa A. Bernstein, Esq.
Ralph C. Conte, Esq.
Shaw, Bransford, Veilleux & Roth, P.C.
1100 Connecticut Avenue, N.W., Ste. 900
Washington, D.C. 20036

Jeffrey A. Taylor, U.S. Attorney
Rudolph Contreras, Asst. U.S. Attorney

Alan Burch, Asst. U.S. Attorney
555 4th Street, N.W.
Washington, D.C. 20530