**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **SHARON L. NUSKEY,** | |
| **Plaintiffs,** | |
| **v.** | **Civil Action No. 06-1573 (PLF/JMF)** |
| **JAMES H. LAMBRIGHT,** | |
| **Defendant.** | |

**ORDER**

In accordance with the accompanying Memorandum Opinion, it is, hereby,

**ORDERED** that Defendant's Motion (1) for Order of Mental Examination and (2) to Compel Production of Medical Records and Supporting Memorandum [#27] is **GRANTED** in part and **DENIED** in part. It is further, hereby,

**ORDERED** that Plaintiff's Motion to Compel Defendant's Discovery Responses and Two Depositions in this Case [#28] is **GRANTED** in part and **DENIED** in part.

**SO ORDERED.**

Dated: June 10, 2008

/S/
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE