## Burch, Alan (USADC)

**From:** Ralph Conte [rconte@shawbransford.com]
**Sent:** Thursday, August 07, 2008 7:46 PM
**To:** Burch, Alan (USADC)
**Subject:** RE: Response to August 4, 2008 letter.

Alan:
This is to confirm that our client has consented to the 30 day extension on the briefing schedule for the summary judgment motion and to sit for the IME after the judge has ruled on the motion, as indicated in your August 4, 2008 letter. As indicated in our telephone conference tonight, we will not agree to any stipulations regarding compensatory damages, and we do not consent to depositions of Ms. Nuskey's physicians which should have been taken during the discovery period. We understand you will file an appropriate **consent** motion regarding the briefing schedule and the IME, and that you will file a **contested** motion regarding the depositions of her physicians (which we will oppose).
Thanks,
Ralph

Ralph C. Conte, Esq.
Shaw, Bransford, Veilleux & Roth, P.C.
1100 Connecticut Avenue, N.W., Suite 900
Washington, D.C. 20036

Phone: 202.463.8400, ext. 348
FAX: 202-833-8082
rconte@shawbransford.com

This message originates from the law firm of Shaw, Bransford, Veilleux & Roth, PC. This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying, or other use of this message or its attachments is strictly prohibited. All personal messages express solely the sender's views and not those of Shaw, Bransford, Veilleux & Roth, PC. If you received this message in error, please notify us immediately at sbvr@shawbransford.com.

---

**From:** Burch, Alan (USADC) [mailto:Alan.Burch@usdoj.gov]
**Sent:** Thursday, August 07, 2008 7:09 PM
**To:** Ralph Conte
**Subject:** RE: Response to August 4, 2008 letter.

Per my letter, I am leaving on vacation tonight and will not be in the office on Monday. You can expect a motion to be filed tomorrow by my colleague.

---

**From:** Ralph Conte [mailto:rconte@shawbransford.com]
**Sent:** Thursday, August 07, 2008 7:08 PM
**To:** Burch, Alan (USADC)
**Subject:** RE: Response to August 4, 2008 letter.

Will call you Monday to discuss.

Ralph C. Conte, Esq.
Shaw, Bransford, Veilleux & Roth, P.C.
1100 Connecticut Avenue, N.W., Suite 900
Washington, D.C. 20036

Phone: 202.463.8400, ext. 348

FAX: 202-833-8082
rconte@shawbransford.com

This message originates from the law firm of Shaw, Bransford, Veilleux & Roth, PC. This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying, or other use of this message or its attachments is strictly prohibited. All personal messages express solely the sender's views and not those of Shaw, Bransford, Veilleux & Roth, PC. If you received this message in error, please notify us immediately at sbvr@shawbransford.com.

---

**From:** Burch, Alan (USADC) [mailto:Alan.Burch@usdoj.gov]
**Sent:** Thursday, August 07, 2008 5:11 PM
**To:** Ralph Conte
**Subject:** RE: Response to August 4, 2008 letter.

Ralph, any chance her position will change before the close of discovery on Monday? If not, I'll be forced to file a motion, describing my efforts to solicit a response to whether she'll agree to the conditions in lieu of an MTE or, failing that, a date for the IME. Given how much time she has had to respond to my requests, and the nearing end of discovery, this looks like a rather petty attempt to run out the clock.

Alan

---

**From:** Ralph Conte [mailto:rconte@shawbransford.com]
**Sent:** Thursday, August 07, 2008 5:01 PM
**To:** Burch, Alan (USADC)
**Subject:** Response to August 4, 2008 letter.

At this time, Alan, this is our response,

Ralph C. Conte, Esq.
Shaw, Bransford, Veilleux & Roth, P.C.
1100 Connecticut Avenue, N.W., Suite 900
Washington, D.C. 20036

Phone: 202.463.8400, ext. 348
FAX: 202-833-8082
rconte@shawbransford.com

This message originates from the law firm of Shaw, Bransford, Veilleux & Roth, PC. This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying, or other use of this message or its attachments is strictly prohibited. All personal messages express solely the sender's views and not those of Shaw, Bransford, Veilleux & Roth, PC. If you received this message in error, please notify us immediately at sbvr@shawbransford.com.