SHAW, BRANSFORD, VEILLEUX & ROTH
ATTORNEYS AT LAW
PROFESSIONAL CORPORATION
1100 CONNECTICUT AVENUE, N.W., SUITE 900
WASHINGTON, D.C. 20036
(202) 463-8400

FAX:
(202) 833-8082

WEB:
www.shawbransford.com

August 7, 2008

VIA EMAIL AND REGULAR MAIL

Alan Burch, Esq.
Assistant United States Attorney
Office of the U.S. Attorney for
the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530

Re: Sharon L. Nuskey v. James H. Lambright, Chairman and President, Export-Import Bank of the United States, Civil Action No: 1:06CV01573

Dear Mr. Burch:

We are in receipt of your discovery letter dated August 4, 2008. We do not agree with your representations with respect to your "several" attempts to arrange an IME or to "definitively" resolve the issue of Defendant's request for stipulations. At this time, we have reviewed the matter with our client and we cannot consent to the requests.

Sincerely,

Diana J. Veilleux
Ralph C. Conte
Lisa A. Bernstein