UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHARON L. NUSKEY,

Plaintiff,

v.

JAMES H. LAMBRIGHT,

Defendant.

Civil Action No.: 06-1573 (PLF) (JMF)

**ORDER**

Upon consideration of Defendant's Motion to Defer Medical Discovery, any opposition thereto, and the entire record herein, it is hereby

ORDERED that the Motion is granted and it is further ORDERED that

1. The parties shall comply with the following deadlines regarding motions for summary judgment: Motions due on or before October 10, 2008; Oppositions due on or before November 10, 2008; Replies due on or before December 1, 2008.

2. Consistent with the Court's order of June 10, 2008, discovery closed August 11, 2008, subject to the following exceptions.

3. The parties shall defer discovery regarding Plaintiff's medical condition, pain and suffering, and related non-economic damages until after the Court's resolution of Defendant's as-yet-unfiled motion for summary judgment. This includes the independent medical examination ("IME") of Plaintiff ordered by the Court in the Order of June 10, 2008, and related depositions of her medical professionals.

4. Defendant may continue to obtain medical records pertinent to Plaintiff's medical or emotional condition in the interim.

5. If necessary after resolution of Defendant's motion for summary judgment, counsel for the parties shall confer about an appropriate time limit for the limited discovery herein deferred and file soon thereafter a joint status report to the Court stating their positions.

So ordered this __________ day of August, 2008.

____________________ ____________________________________

JOHN M. FACCIOLA
United States Magistrate Judge