EXHIBIT
PLTF'S #3

SHAW, BRANSFORD, VEILLEUX & ROTH
ATTORNEYS AT LAW
PROFESSIONAL CORPORATION
1100 CONNECTICUT AVENUE, N.W., SUITE 900
WASHINGTON, D.C. 20036
(202) 463-8400

FAX:
(202) 833-8082

WEB:
www.shawbransford.com

June 19, 2008

**SUBJECT TO JOINT STIPULATED PROTECTIVE ORDER**

Alan Burch, Esq.
AUSA, Civil Division
Office of the U.S. Attorney for
the District of Columbia
501 3rd Street, N.W.
Washington, D.C. 20530

Re: Sharon L. Nuskey v. James H. Lambright, Chairman and President, Export-Import Bank of the United States, Civil Action No: 1:06CV01573

Dear Mr. Burch:

Enclosed please find the fully executed psychotherapy and medical releases as per Magistrate Judge John M. Facciola's Order dated June 10, 2008. Please note that we have not provided a release for Dr. Suzanne Brigham as the last date of treatment (2002) falls outside of the time period of production ordered by Judge Facciola (five years back from date of order). Also, as indicated in our previous responses, we do not have a telephone number for Dr. Adrienne Cypres. Please do not hesitate to contact us should you have any questions.

Sincerely,

Diana J. Veilleux
Ralph C. Conte
Lisa A. Bernstein

Enclosures